AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Wendi Renae Wells | ) | Case No. 1:25-cr-130 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

REC'D USMS-D/ND
2025 JUN 6 8:54

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Wendi Renae Wells,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Assault with a Dangerous Weapon
Assault Resulting in Serious Bodily Injury

Date: 06/05/2025

/s/ Janelle Brunner
*Issuing officer's signature*

City and state: Bismarck, ND

Janelle Brunner, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 6/6/2025, and the person was arrested on *(date)* 6/6/2025
at *(city and state)* Ward County, ND.

Date: 6/9/2025

*Arresting officer's signature*

DUSM Alec Johnston on behalf of BIA
*Printed name and title*