IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WENDI RENAE WELLS,<br><br>　　　　Defendant. | 1:25-CR-130<br><br>REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 404(b), 609(b), and 807(b) |

　　　Defendant above-named, Wendi Renae Wells, by and through her undersigned attorney, Chief North Dakota Trial Counsel Erin S. Bolinger, requests that the U.S. Attorney provide the undersigned with the following:

　　　1.　　Notice of the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of Fed. R. Evid. 404(b), sufficiently in advance of trial so Defendant is afforded a fair opportunity to contest the use of the evidence;

　　　2.　　Notice of any conviction or convictions with respect to which a period of more than 10 years has elapsed since the date of the conviction, pursuant to the provisions of Fed. R. Evid. 609(b), which the United States intends to offer at trial for the purpose of attacking the credibility of Defendant or any witness,

    sufficiently in advance of trial so Defendant is afforded a fair opportunity to contest the use of the evidence; and

3. Notice of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Fed. R. Evid. 807 sufficiently in advance of trial so Defendant is afforded a fair opportunity to contest the use of the evidence.

  Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than 15 days before trial.

  Dated this 10th day of June, 2025.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        <u>*/s/ Erin S. Bolinger*</u>
        Erin S. Bolinger
        Chief North Dakota Trial Counsel
        Attorney for Defendant
        Office of the Federal Public Defender
        Districts of South and North Dakota
        100 West Broadway Ave, Suite 230
        Bismarck, ND 58501
        Telephone: (701)250-4500
        Facsimile: (701)250-4498
        filinguser_SDND@fd.org