IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WENDI RENAE WELLS,<br><br>    Defendant. | Cr. No. 1:25-CR-130<br><br>DEFENDANT'S MOTION TO CONTINUE TRIAL |

Comes now, Wendi Renae Wells, by and through her attorney, Chief North Dakota Trial Counsel Erin S. Bolinger, and moves the Court for its Order continuing the trial date of July 15, 2025, for 60 days on the following grounds:

In order to properly represent Defendant, the undersigned needs additional time to locate witnesses, to complete the investigation, and to prepare for trial.

The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason. Counsel makes this request for the Defendant in order to have the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Defendant has been informed and understands that the delay occasioned by this motion is excluded from counting under the Speedy Trial Act.

Dated this 23 day of June, 2025.

          Respectfully submitted,

          JASON J. TUPMAN
          Federal Public Defender
          By:

          */s/  Erin S. Bolinger*
          Erin S. Bolinger
          Chief North Dakota Trial Counsel
          Attorney for Defendant
          Office of the Federal Public Defender
          Districts of South Dakota and North Dakota
          100 West Broadway Avenue, Suite 230
          Bismarck, ND 58501
          Telephone: 701-250-4500
          Facsimile: 701-250-4498
          filinguser_SDND@fd.org