IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WENDI RENAE WELLS,<br><br>    Defendant. | 1:25-CR-130<br><br>DEFENDANT'S INVOCATION OF RIGHTS UNDER THE FIFTH AND SIXTH AMENDMENTS |

COMES NOW, Defendant above-named, Wendi Renae Wells, and hereby expressly and unequivocally invokes her right to remain silent and her right to counsel guaranteed to her under both the Fifth and Sixth Amendments to the United States Constitution.

Dated this 20th of June, 2025.

_____
Wendi Renae Wells