UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 1:25-cr-130**

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>**Wendi Renae Wells**,<br><br>　　　　　　　Defendant | **MOTION FOR SUBSTITUTION OF COUNSEL** |

Wendi Renae Wells is represented by Erin Bolinger of the Federal Public Defender's Bismarck Office. On September 8, 2025, however, Ms. Wells retained Bruce Ringstrom Jr. and me as private counsel to represent her. We thus ask the Court to discharge Ms. Bolinger and to substitute us as counsel of record.

Date:  September 18, 2025　　　　　　　Respectfully submitted,

_____
Dane DeKrey (#09524)
**RINGTSROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560
(218) 284-0484
dane@ringstromdekrey.com