UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 1:25-cr-130**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | **REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 404(b)** |
| **Wendi Renae Wells**, | |
| Defendant | |

Wendi Renae Wells, through her attorneys, Dane DeKrey and Bruce Ringstrom Jr., requests that the U.S. Attorney provide the undersigned with the general nature of all evidence which the United States intends to offer at trial, pursuant to the provisions of FED. R. EVID. 404(b), sufficiently in advance of trial so that Ms. Wells is afforded a fair opportunity to contest the use of the evidence. Ms. Wells requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than 15 days before trial.

Date:  September 18, 2025          Respectfully submitted,

_____
Dane DeKrey (#09524)
**RINGTSROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560
(218) 284-0484
dane@ringstromdekrey.com

2