UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 1:25-cr-130**

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>**Wendi Renae Wells**,<br><br>　　　　　　　Defendant. | **REQUEST FOR NOTICE PURSUANT TO FED. R. EVID. 807(b)** |

　　　　Wendy Renae Wells, through her attorneys, Dane DeKrey and Bruce Ringstrom Jr., requests that the U.S. Attorney provide the undersigned with notice, pursuant to FED. R. EVID. 807(b), of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Rule 807 of the Federal Rules of Evidence sufficiently in advance of trial, so Ms. Wells is afforded a fair opportunity to contest the use of the evidence. Ms. Wells requests that notice of any evidence subject to the requirements of FED. R. EVID. 807 be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than 15 days before trial.

Date:  September 18, 2025                Respectfully submitted,

_____
Dane DeKrey (#09524)
**RINGTSROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN  56560
(218) 284-0484
dane@ringstromdekrey.com

2