# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Wendi Renae Wells, | ) | Case No. 1:25-cr-130 |
| | ) | |
| Defendant. | ) | |

On September 18, 2025, Defendant's retained counsel, Dane DeKrey and Bruce Ringstrom Jr., filed a Motion for Substitution of Counsel. (Doc. No. 25). The court **GRANTS** the motion (Doc. No. 25). Attorneys Dane DeKrey and Bruce Ringstrom, Jr. shall be substituted as counsel of record for Defendant. Defendant's court-appointed counsel, Assistant Federal Public Defender Erin Bolinger, is authorized to withdraw.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court