UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 1:25-cr-130**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | **CONSENT TO CONTINUE TRIAL** |
| vs. | |
| **Wendi Renae Wells**, | |
| Defendant. | |

I consent to the Motion to Continue filed on my behalf. I understand that this Motion to Continue means that the delay requested is excluded from counting under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq. I have discussed this matter with my lawyer, Dane DeKrey and I have had my questions about the motion to continue answered. I have been advised of my rights under the Speedy Trial Act and my constitutional right to a speedy trial under the Sixth Amendment to the United States Constitution. This consent is being made by me freely, voluntarily, and with full knowledge of the consequences of this Motion to Continue.

Dated this 30th day of September, 2025.

*Wendi Wells*
_____
Wendi Wells

1