IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>Wendi Renae Wells,<br><br>              Defendant. | Case No. 1:25-cr-00130 |

### ORDER GRANTING MOTION TO CONTINUE TRIAL

[¶ 1]   THIS MATTER comes before the Court on the Motion to Continue Trial filed by the Defendant on September 27, 2025. Doc. No. 31. Trial is scheduled in this matter for November 4, 2025. This is the Defendant's **second** request for continuance in this case.

[¶ 2]   As grounds for the continuance request, Defense Counsel states additional time is needed to process discovery since it was just received on September 26, 2025. Counsel also notes he is over 300 miles away from the scene of the alleged incident. The Defendant has filed an informed consent to continuance. Doc. No. 32.

[¶ 3]   Upon consideration, the Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7).  See United States v. Harlan, 960 F.3d 1089, 1093 (8th Cir. 2020). Accordingly, the Defendant's Motion to Continue is **GRANTED**.

[¶ 4]   Trial shall be rescheduled for Tuesday, April 7, 2026, at 9:30 a.m. in Bismarck Courtroom 1 before the undersigned. A three (3) day trial is anticipated. All time that elapses from the date of

- 2 -

this Order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7).

[¶ 5]   **IT IS SO ORDERED.**

DATED October 1, 2025.

Daniel M. Traynor, District Judge
United States District Court