## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 1:25-cr-130**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>vs.<br><br>**Wendi Renae Wells**,<br><br>      Defendant. | **SUPPLEMENTARY<br>DEMAND FOR DISCOVERY** |

Pursuant to FED. R. CRIM. P. 16 and all other applicable rules and statutes, Wendi Renae Wells, through counsel, requests the following additional discovery:

1) A recording of Special Agent Prichard's meeting with K.L.R. (alleged victim) and K.L.R. (alleged victim's sister) on 03/24/25, 5:24 p.m. at Trinity Hospital (*see* Bates 373). If no recording exists, a statement about whether any facts of the March 23r incident at the casino were discussed during this meeting.

2) Any body camera footage from Officers Many and Grinnell showing their interactions with Ms. Wells in the casino bathroom and Ms. Wells being escorted to the patrol vehicle.

3) Any audio recording that may exist from when Detective Shook took Ms. Wells's DNA swab at the jail (*see* Bates 34).

4) Pictures to indicate exactly where the following swabs were taken by the North Dakota Bureau of Criminal Investigation (*see* Bates 708):

      a. Boot swab Item 3A (left lower area of right boot)

      b. Boot swab Item 3B (left middle area of right boot)

      c. Boot swab Item 3C (right upper area of right boot)

5) Any reports or recordings about an interview with Renita Howlingwolf related to this case (*see* Bates 716).

6) Although previously requested by letter on September 18, 2025, out of an abundance of caution, all *Giglio* materials related to Detective Shook.

Date: November 21, 2025        Respectfully submitted,

*[signature]*

Dane DeKrey (#0397334)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560
(218) 284-0484
dane@ringstromdekrey.com

2