UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Criminal No. 1:25-cr-130

| | |
|---|---|
| United States of America,<br><br>     Plaintiff,<br><br>vs.<br><br>Wendi Renae Wells,<br><br>     Defendant. | **AFFIDAVIT OF SERVICE** |

The undersigned, being first duly sworn, says that copies of the attached:

1. CD containing
   - Interview of Adrian Crutchfield by Ross Rolshoven (1 PDF)
   - Interview of Jermaine Bruce by Ross Rolshoven (1 PDF)
   - Pictures of the defendant and her clothing from 3/25/2025 (7 pictures)
   - Defendant's medical records (broken nose and surgery) (8 PDFs)
   - Order from 6/12/2025 showing dismissal of defendant's 2011 simple assault charge (1 PDF)

[¶2] were personally served upon:

Nickolas Baker

by enclosing the same in an envelope addressed to recipient at:
U.S. Attorney's Office, 220 E. Rosser Ave., P.O. Box 699, Bismarck, ND 58502-0699.

with postage fully prepaid and by depositing the same in a United States Postal Service mailbox on the 11th day of December, 2025.

1

_____
Gwen Hoberg

Subscribed and sworn to before me this 11th day of December, 2025.

[Notary Seal: ROSEANN MARIE ULNESS, Notary Public, Minnesota, My Commission Expires Jan. 31, 2028]

_RoseAnn Ulness_
Notary Public