# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

## Criminal No. 1:25-cr-130

| United States of America, | |
|---|---|
| Plaintiff, | |
| vs. | **AFFIDAVIT OF SERVICE** |
| Wendi Renae Wells, | |
| Defendant. | |

The undersigned, being first duly sworn, says that copies of the attached:

1. CD containing
   - Videos and photos of casino bathroom taken by Bonnie Good Bird (2 videos and 2 photos)
   - Interviews of Fred Fox by Ross Rolshoven (2 PDFs)

[¶2] were personally served upon:

Nickolas Baker

by enclosing the same in an envelope addressed to recipient at:
U.S. Attorney's Office, 220 E. Rosser Ave., P.O. Box 699, Bismarck, ND 58502-0699.

with postage fully prepaid and by depositing the same in a United States Postal Service mailbox on the 19th day of February, 2026.

Gwen Hoberg

1

Subscribed and sworn to before me this 19ᵗʰ day of February, 2026.

_RoseAnn Ulness_
Notary Public

ROSEANN MARIE ULNESS
Notary Public
Minnesota
My Commission Expires Jan. 31, 2028

2