# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Wendi Renae Wells,<br><br>Defendant. | Case No. 1:25-cr-130<br><br><br>**ACKNOWLEDGMENT**<br>**AND NOTICE OF SERVICE** |

### NOTICE

TO:  Fred Fox
     White Shield Segment Office
     307 5th Ave.
     New Town, ND 58763

The enclosed subpoena is served by email in lieu of having you served personally. If you prefer to be personally served, please notify the attorney identified on this subpoena. Be advised that if you are outside the State of North Dakota, this will include an out-of-state process, which may require you to appear in court in the county you are personally served in.

Signing this Acknowledgment of Receipt is an admission that you have received the subpoena and does compel you to appear at the date and time specified therein.

To accept service this way, you must sign and date the acknowledgement. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Subpoena was mailed on February 18, 2026.

1

## ACKNOWLEDGMENT OF RECEIPT OF SUBPOENA

I declare, under penalty of perjury, that I received a copy of the subpoena compelling my appearance at trial at the U.S. District Court, Bismarck, North Dakota in the above-captioned matter *(United States vs. Wendi Wells)* (trial begins April 7, 2026).

_____ Signature

_____ Relationship to entity/authority to receive service of process
Self

_____ Date of Signature
2/25/26

3