AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Wendi Renae WElls | ) | Case No.  1:25-cr-130 |
| | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    Fred Fox
White Shield Segment Office
307 5th Ave.
New Town, ND 58763

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. District Court, 220 E Rosser Ave, Bismarck, ND 58501 | Courtroom No.: 1 |
|---|---|---|
| | | Date and Time: 04/07/2026 9:30 am |

   You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:


(SEAL)



Date:    02/18/2026

CLERK OF COURT

/s/ Melissa Fischer
_____
_Signature of Clerk or Deputy Clerk_

---

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_    Wendi Wells
_____ , who requests this subpoena, are: Dane DeKrey, 814 Center Ave.
Suite 5, Moorhead, MN 56560, admin@ rngstromdekrey.com, 218-284-0484.