IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>WENDI WELLS,<br><br>       Defendant. | Case No. 1:25-cr-00130<br><br>**UNITED STATES' RESPONSE TO DEFENDANT'S SUPPLEMENTAL DISCOVERY DEMANDS** |

The United States of America, by Nicholas W. Chase, United States Attorney for the

District of North Dakota, and Nick Baker, Assistant United States Attorney, hereby provides its

response to the defendant's three supplemental discovery requests. *See* Docs. 35, 37, 39.

**1. Supplemental Demand for Discovery – November 21, 2025 (Doc. 35)**

(a) No recording exists. Special agent Prichard drafted a report on the matter, which was disclosed in discovery to the defense on January 5, 2026. Mr. DeKrey was informed the agent would be filing a report on December 22, 2025.

(b) The dash and body camera footage and audio requested in this item were provided to the defense on February 3, 2026.[1] *See* Bates 766 (E09 Inventory).
- File path for Maney Body Cam: TATBodyCamFootage_29DEC25.zip > TATMHAND_BIATOAUSA_202512231449-1 > PDINV2500380Ass 202504090925 > BradieManey 202503230130 BWC2120028 0048237659 > BradieManey_202503230130_BWC2120028-0.mp4 (open with VLC media player)
- File path for Grinnell ('Mitchell') Body Cam: TATBodyCamFootage_29DEC25.zip > TATMHAND_BIATOAUSA_202512231449-1 > PDINV2500380Ass 202504090925 > JackieMitchell 202503230126 BWC2120272 0044492151 > JackieMitchell_202503230126_BWC2120272-0.mp4 (open with VLC media player)

(c) There is no associated audio for the video referenced in this item and Mr. DeKrey was informed on December 22, 2025.

---

[1] The dash camera footage from Three Affiliated Tribes law enforcement vehicles is contained within the body camera files that contain the requested body camera footage.

(d) The photographs requested under this item were disclosed natively to the defense on February 3, 2026, via USB B-32-02. *See* E10 Inventory; Bates Nos. 985-1008

(e) The requested reports and recordings do not exist, as Renita Howling Wolf was not interviewed during the investigation.

(f) Shook Giglio Inquiry – The United States provided the defense with Detective Shook's personnel file and information, and reports collected at the defense's request due to their concerns with Detective Shook. *See* Bates Nos. 735-765, 1009-1013, 1042-1071.

**2. Supplemental Demand for Discovery – February 12, 2026 (Doc. 37)**

(a) Special Agent Prichard is currently awaiting the requested documents (more medical records for Jane Doe), which will be provided if received. Currently, no additional medical records for Jane Doe are in the possession of the United States.

**3. Supplemental Demand for Discovery – February 27, 2026 (Doc. 39)**

(a) Requested photographs were disclosed to the defense on September 22, 2025. *See* Bates Nos. 96-118.

Dated: March 13, 2026.

NICHOLAS W. CHASE
United States Attorney

*Nick Baker*

NICKOLAS BAKER
Assistant United States Attorney
BAR ID: 08780
P.O. Box 699
Bismarck, ND  58502-0699
(701) 530-2420
nick.baker@usdoj.gov
Attorney for the United States