# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

## Criminal No. 1:25-cr-130

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>**Wendi Renae Wells,**<br><br>Defendant. | **AFFIDAVIT OF SERVICE** |

The undersigned, being first duly sworn, says that copies of the attached:

1. Photos
   - 20 photos of Defendant's boots taken March 4, 2026

[¶2] were personally served upon:

<u>Nickolas Baker</u>

by emailing Nickolas Baker at: <u>nick.baker@usdoj.gov</u>.

on the 13th day of March, 2026.

RoseAnn Ulness

RoseAnn Ulness

Subscribed and sworn to before me this 13th day of March, 2026.



GWENDOLYN RUTH HOBERG
Notary Public
Minnesota
My Commission Expires Jan 31 2029

Notary Public

GWENDOLYN RUTH HOBERG
Notary Public
Minnesota
My Commission Expires Jan. 31, 2029