# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

## Criminal No. 1:25-cr-130

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>**Wendi Renae Wells,**<br><br>Defendant. | **AFFIDAVIT OF SERVICE** |

The undersigned, being first duly sworn, says that copies of the attached:

1. PDF of Medical Records

[¶2] were personally served upon:

Nickolas Baker

by enclosing the same in an envelope addressed to recipient at:
U.S. Attorney's Office, 220 E. Rosser Ave., P.O. Box 699, Bismarck, ND 58502-0699.

With postage fully prepaid and by depositing the same in a United States Postal Service Mailbox on the 18th day of March, 2026.

_RoseAnn Ulness_
RoseAnn Ulness

Subscribed and sworn to before me this 18th day of March, 2026.



GWENDOLYN RUTH HOBERG
Notary Public
Minnesota
My Commission Expires Jan 31 2029

_____
Notary Public

1