**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United States of America,<br><br>                                    Plaintiff,<br><br>vs.<br><br>Wendi Renae Wells,<br><br>                                    Defendant. | Case No. 1:25-cr-00130 |

---

**ORDER GRANTING MOTION TO CONTINUE TRIAL**

---

[¶ 1]    THIS MATTER comes before the Court on the Motion to Continue Trial filed by the Defendant on March 24, 2026. Doc. No. 56. Trial is scheduled in this matter for April 7, 2026. This is the Defendant's **third** request for a continuance in this case.

[¶ 2]    At the Status Conference held on March 23, 2026, the Court indicated to the parties its schedule prevented it from trying the case on April 7, 2026 and the parties agreed on a new trial date of July 14, 2026. Doc. No. 55. Now, Counsel for the Defendant requests the Court to reset the trial date based on the discussions at the Status Conference. The Defendant has filed an informed consent to continuance. Doc. No. 57.

[¶ 3]    Upon consideration, the Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7). See United States v. Harlan, 960 F.3d 1089, 1093 (8th Cir. 2020). Accordingly, the Defendant's Motion to Continue is **GRANTED**.

[¶ 4]    Trial shall be rescheduled for Tuesday, July 14, 2026, at 9:30 a.m. in Bismarck Courtroom 1 before the undersigned. A three (3) day trial is anticipated. All time that elapses from the date of

- 1 -

- 2 -

this Order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7).

[¶ 5]   **IT IS SO ORDERED.**

DATED March 31, 2026.

Daniel M. Traynor, District Judge
United States District Court