# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

## Criminal No. 1:25-cr-130

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>**Wendi Renae Wells,**<br><br>Defendant. | **AFFIDAVIT OF SERVICE** |

The undersigned, being first duly sworn, says that copies of the attached:

1. CD containing
   - 1 PDF of certified medical records from CHI St. Alexius
   - 1 PDF of more legible records from CHI St. Alexius
   - CT scan records from CHI St. Alexius

[¶2] were personally served upon:

Nickolas Baker

by enclosing the same in an envelope addressed to recipient at:
U.S. Attorney's Office, 220 E. Rosser Ave., P.O. Box 699, Bismarck, ND 58502-0699.

with postage fully prepaid and by depositing the same in a United States Postal Service mailbox on the 27th day of April, 2026.

_____
Gwen Hoberg

1

Subscribed and sworn to before me this 27th day of April, 2026.

_____
Notary Public

ROSEANN MARIE ULNESS
Notary Public
Minnesota
My Commission Expires Jan. 31, 2028