# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

### Criminal No. 1:25-cr-130

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>**Wendi Renae Wells**,<br><br>Defendant. | **Third Motion to Continue Trial** |

Wendi Renae Wells's trial is scheduled for July 14, 2026 in Bismarck, North Dakota. Ms. Wells, through counsel, requests that the trial be continued until the next available trial date in August. The good cause for this request is detailed below:

1) Counsel for Ms. Wells has a jury trial set to begin in *United States v. Ahmed*, 22-cr-223, in Minnesota federal court, in Minneapolis, Minnesota, on June 8, 2026.

2) At the time counsel reset Ms. Wells's trial to July 14, 2026, the *Ahmed* trial had already been set and the *Ahmed* prosecution team had stated that the trial would last just two weeks.

3) Given this timeframe, counsel reasonably believed his firm would have enough time to try the *Ahmed* case, come back to Moorhead, and sufficiently prepare for Ms. Wells' July 14th trial.

4) Last week, however, the *Ahmed* prosecution team amended its estimated trial length and now believes the case will take until at least early July—likely ending around July 3, 2026.

5) This leaves just one week for counsel to prepare for Ms. Wells' trial after the conclusion of the *Ahmed* case.

6) This change in trial length also gives counsel pause regarding his firm's ability to adequately try the *Ahmed* case while also preparing for Ms. Wells's case.

7) To avoid a scenario of trying *Ahmed* during the day and preparing for Ms. Wells's trial at night, counsel seeks a short continuance of Ms. Wells's trial to the first available trial date in August 2026.

8) Any continuance would be excluded from Speedy Trial calculations.

9) The government, through Assistant United States Attorney Nick Baker, does not object to this proposal.

For these reasons, Wendi Renae Wells requests the Court: (1) continue her July 14, 2026 trial, and (2) schedule it at the first available date in August 2026. Finally, should the Court have questions related to this motion, counsel asks for a hearing on the motion to address them.

Date: May 7, 2026

Respectfully submitted,

Dane DeKrey (#09524)
**RINGTSROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560
(218) 284-0484
dane@ringstromdekrey.com

2