**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | Case No. 1:25-cr-00130 |
| Wendi Renae Wells, | |
| Defendant. | |

---

**ORDER GRANTING MOTION TO CONTINUE TRIAL**

---

[¶ 1]    THIS MATTER comes before the Court on a Motion to Continue Trial filed by the Defendant on May 7, 2026. Doc. No. 63. Trial is scheduled for July 14, 2026. This is the **<u>fourth</u>** continuance request in this case.

[¶ 2]    As grounds for the continuance request, Defense Counsel needs additional time due to a separate federal criminal trial in the District of Minnesota scheduled for June 8, 2026, with an estimated end date of July 3, 2026. Considering the lengthy trial in the District of Minnesota, Counsel believes more time is needed to prepare for this trial. Counsel requests the first available date in August for this trial. The Defendant has filed an Informed Consent to Continuance. Doc. No. 64. The Untied States does not object.

[¶ 3]    Upon consideration, the Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18 U.S.C. § 3161(h)(7).  <u>See</u> <u>United States v. Harlan</u>, 960 F.3d 1089, 1093 (8th Cir. 2020). Accordingly, the Motion to Continue is **GRANTED**.

[¶ 4]    Trial in this matter shall be rescheduled for Tuesday, August 11, 2026, at 9:30 a.m. in Bismarck Courtroom 1 before the undersigned. A three (3) day trial is anticipated. All time that elapses from the date of this Order until trial shall be excluded from any Speedy Trial Act calculation. See 18 U.S.C. § 3161(h)(7).

[¶ 5]    **IT IS SO ORDERED.**

DATED May 14, 2026.

Daniel M. Traynor, District Judge
United States District Court