## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

### Criminal No. 1:25-cr-130

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>**Wendi Renae Wells,**<br><br>Defendant. | **AFFIDAVIT OF SERVICE** |

The undersigned, being first duly sworn, says that copies of the attached:

1. 2nd interview of Adrian Crutchfield by Ross Rolshoven (1 PDF)

[¶2] were personally served upon:

Nickolas Baker

by emailing Nickolas Baker at: nick.baker@usdoj.gov.

on the 28th day of May, 2026.

_____
Gwendolyn Hoberg

Subscribed and sworn to before me this 28th day of May, 2026.

ROSEANN MARIE ULNES
Notary Public
Minnesota
My Commission Expires Jan. 31, 2028

_____
Notary Public

1