

**ringstrom dekrey**
CRIMINAL | CIVIL RIGHTS | EMPLOYMENT

June 22, 2026

Nickolas Baker
nick.baker@usdoj.gov
U.S. Attorney's Office
220 E. Rosser Ave.
P.O. Box 699
Bismarck, ND 58502-0699


RE:        *USA v. Wendi R. Wells*
           Court File No. 1:25-cr-130

Dear Mr. Baker,

This letter is offered to comply with Rule 902(11) notifying you of our intent to offer Ms. Well's medical records at trial. Per Rule 902(11) we are not required to call a sponsoring witness. We have previously provided you with these medical records (Sanford records on March 18, 2026 and CHI records on April 27, 2026).


Feel free to reach out with any questions.


Sincerely,

Dane DeKrey

MOORHEAD (218) 284-0484 | DETROIT LAKES (218) 847-3994 | FAX 701-401-2691
P.O. BOX 853, MOORHEAD, MN 56561 | 814 CENTER AVE – SUITE 5, MOORHEAD, MN 56560

WWW.RINGSTROMDEKREY.COM