## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

### Criminal No. 1:25-cr-130

United States of America,

Plaintiff,

vs.

**AFFIDAVIT OF SERVICE**

**Wendi Renae Wells,**

Defendant.

The undersigned, being first duly sworn, says that copies of the attached:

1. Interview of Destinee Jones by Ross Rolshoven (1 PDF)

[¶2] were personally served upon:

Nickolas Baker

by emailing Nickolas Baker at nick.baker@usdoj.gov

on the 20th day of July, 2026.

Gwen Hoberg

Subscribed and sworn to before me this 20th day of July, 2026.

ROSEANN MARIE ULNESS
Notary Public
Minnesota
My Commission Expires Jan. 31, 2028

Notary Public

1