

# GREAT PLAINS CLAIMS INC.

☑ P.O. Box 5112
Grand Forks, ND 58206-5112
Phone: 701-775-2120
Fax: 701-775-5041

☐ P.O. Box 3263
Fargo, ND 58108-3263
Phone: 701-235-0071
Fax: 701-775-5041

May 20, 2026

Ringstrom DeKrey
Attn: Attorney Michael Minard
814 Center Ave., Ste 5
P.O. Box 853
Moorhead, MN 56560-0853

Fourth Report
G24962

Copy To:    Ringstrom DeKrey
Attn: Gwen Hoberg
814 Center Ave., Ste 5
P.O. Box 853
Moorhead, MN 56560-0853

Re:    Wendi Wells
Date of Incident: March 23, 2025

Transmitted via Email to michael@ringstromlaw.com and assistant@ringstromdekrey.com

## IN ANTICIPATION OF LITIGATION, AND AT THE DIRECTION OF COUNSEL, THE FOLLOWING INVESTIGATION WAS COMPLETED:

### BRIEF DESCRIPTION OF INCIDENT

At approximately 1:30 a.m. on March 23, 2025, there was a fight involving Wendi Wells, Kilreen Reynolds and Kim Reynolds. The fight occurred in the bathroom near the gift shop inside the 4 Bears Casino & Lodge in New Town, North Dakota. All three women sustained injuries. Wendi Wells reports she had a broken nose and received a concussion. Kilreen Reynolds received facial fractures and damage to her right eye, along with several stitches. Kilreen apparently elected to have surgery for her injuries while the doctor had offered to let her injuries heal on their own. Kimberly received bruises to her face, left arm and a bump on her head. She reports that she lost hair and had cuts above her right ear.



GOVERNMENT
EXHIBIT

CASE
NO.

EXHIBIT
NO.    1

Wells, Wendi                                    2

It appears that all three females had been drinking alcohol on the night in question. All three females have been served banishment papers from the 4 Bears Casino prohibiting them from returning on the premises because of the fight that occurred.

INVESTIGATION

I had been trying to follow up with Adrian Crutchfield and was successful in getting a phone interview with him on May 11, 2026. Adrian remains centered out of North Carolina, but travels the country with his music career. His phone number is 704-517-9695.

Adrian confirms that he and Wendi Wells had exchanged phone numbers that evening. This occurred at the VIP lounge before going to the Pocket Aces Lounge. Adrian told me that an aunt of Wendi's told him that Wendi, her niece, was going to attend his show that night. Since he had been advised that Wendi was coming, he did make a point of meeting her at the "meet and greet" at the VIP lounge that evening.

The video that I recently reviewed did not show Wendi and Adrian interacting much while at the Pocket Aces Lounge. It appears that video was after Adrian Crutchfield and Wendi Wells had already arrived at the Pocket Aces Lounge. Adrian told me that he remembered sitting at the high top table in the Pocket Aces Lounge. He said that when he and Wendi first got to the Pocket Aces Lounge they may have been standing at the bar, but then Adrian ended up sitting over at the high top table. He told me he was not certain if Wendi ever sat down at that table with him, but that she was nearby. Adrian further recalled that there were two ladies seated at slot machines that were interacting with Wendi. He told me he was not certain if it was a positive interaction, or a negative interaction. At some point, Adrian did hear elevated voices from those ladies as Wendi was talking with them. He felt Wendi was trying to be nice to them and calm them down for some reason.

Adrian recalled that Wendi backed up and bumped into his back as he was seated at the high top table. He said that this occurred right around the time that Wendi started her diplomatic efforts towards the two ladies. He didn't think that this issue between Wendi and the two ladies was a big deal.

I asked Adrian if he remembered the security people coming into the Pocket Aces Lounge. He states that he did recall that. He said that the staff at the casino seemed to know who Wendi was. Adrian thought that one of the reasons for security to have been there was to ensure the safety of Adrian and the other band members who were in the bar. Adrian said that this took place about an hour to an hour and a half after their performance finished. Adrian again told me that most of his contact with Wendi occurred in the VIP lounge before they went over to the Pocket Aces Lounge.

Adrian told me that at some point that evening, Wendi wasn't in the lounge anymore and he assumed she had gone to the restroom. Adrian told me that a friend of his had mentioned that he had seen the beaded necklace Wendi had been wearing on the floor in the hallway. His friend was coming back from the restrooms when he observed that necklace on the floor. He couldn't

Wells, Wendi                                    3

specifically remember if that friend was a member of the band, or one of their crew members who observed that.

Adrian told me that there had been an intoxicated male in the casino that night who gave off a weird vibe. He wondered if that individual, or someone else, might have done something to Wendi to cause all of the police to be in the hallway. He observed the police in the hallway when he was trying to leave and go back to his room.

REMARKS

I will await any new instructions from your office. I am enclosing an itemized billing for my recent services on the matter.

TO BE DONE

1. Await any new instructions from your office.
2. My next report will be forwarded by June 20, 2026.

Ross Rolshoven

Manager

RR/bea