## MEMORANDUM OF INTERVIEW-ADRIAN CRUTCHFIELD

Adrian is from Charlotte, North Carolina. His phone number is 704-517-9695. He is a professional musician. I had a telephone interview with him on November 25, 2025. Adrian told me that he is a saxophone player and he was playing with CeeLo Green that night at the casino. He plays with many different national acts and travels across the country in that capacity.

Adrian explained that a family member of Wendi Wells goes to a lot of their shows at some other locations in the country. That cousin told Adrian that Wendi Wells was going to go to their concert when they were playing at the 4 Bears Casino in New Town. Because of that connection, Adrian and Wendi met each other that evening. After his concert got done, Adrian, other band members and Wendi went to another bar in the casino that had a house band performing. That group of people was sitting at a round table in that other lounge. He said that he and Wendi and the group at their table basically had their backs towards two other ladies that were sitting on some high chairs that were near some type of gaming machines.

He confirms that at some point, Wendi and these two ladies had a conversation. He said it was loud in the bar area because of the band and he did not hear specifically what was being said. He said that at one point, Wendi backed away from the two women and backed into Adrian because she was uncomfortable with what was going on between her and the two ladies. A short time later, Wendi said that she was going to go use the restroom and left the table that Adrian and the others were sitting at. They presumed that Wendi was coming back to the table. When he looked as Wendi left, he noticed that the two other ladies that Wendi had interacted with were gone.

Adrian said that after a while, it was time to go back to their rooms to go to bed. When Adrian left the bar and tried to walk back through the hallway area to get to where the hotel rooms are at, security had the hall blocked off. He was told by security that they would have to go outside into the parking lot and then come into a different door to get to their hotel rooms. Adrian said he didn't want to do that because it was March, and it was cold out. When they were in that area, he could see that there was an ambulance, police cars and lots of people in this hallway area. There was blood on the floor in front of the women's restroom entrance.

One of the people that was with Adrian saw a beaded necklace lying on the floor near the blood. That beaded necklace had been worn by Wendi that night. At that point, Adrian didn't know if Wendi had been assaulted by some drunk male or what was going on. He said that there was so much blood on the floor, he presumed that somebody might have been stabbed. He confirms that he was close enough to see the blood.

Adrian told me that he was concerned about Wendi. He tried to call her cell number, but didn't reach her. After a while, he thought that the two women that may have caused trouble with Wendi in the bar might have done something to her. He said he really didn't know what had happened.

Adrian went on to explain that they had run into several intoxicated men at the casino during their show. He felt that Wendi most likely had been assaulted, but had no idea of specifically who would have been involved in that.



**GOVERNMENT EXHIBIT**

CASE NO.

EXHIBIT NO. 2

Wells, Wendi                                        2

Adrian again told me that when Wendi was talking to the two ladies in the house band bar area, that he could not hear what was being said but understood that Wendi was made uncomfortable by them.

Adrian went on to tell me that he only met Wendi on the night in question. He said that she appeared to be a very normal person to him. He acknowledges that their group had been V.I.P. area earlier and said that Wendi was very nice, polite and interacted with everyone in that space. He went on to tell me that there were some females form the Minot, North Dakota area that were in a group. There was one girl who was supposed to be driving the group back to Minot that night, but some of the other girls weren't ready to leave the casino yet. The girl who was supposed to be driving was getting upset with her friends.

Adrian says that Wendi went to the girl that was driving the group and offered to help them get checked into the hotel if they needed to do that because they didn't want to drive at night. Adrian said that the girl who was driving was rude, abrasive and threatening towards Wendi and she completely kept her cool and did not escalate the situation. He described Wendi as being very nice and a super positive person. He said that she is a very non-aggressive person. He does not believe that Wendi would have initiated a fight with the two females.