IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WENDI RENAE WELLS,<br><br>Defendant. | Case No. 1:25-cr-00130<br><br>**UNITED STATES' NOTICE OF EXPERT WITNESS DISCLOSURE** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Nick Baker, Assistant United States Attorney, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, hereby provides notice of the anticipated testimony of the following expert witness:

1. **Jacob G. Eide, M.D. –** Rhinologist and Skull Base Surgeon, Mayo Clinic, Department of Otolaryngology (ENT)/Head and Neck Surgery

   - Summary: At trial, the United States anticipates that Dr. Eide will testify regarding his treatment of K.R., including the surgical intervention he performed to repair skull and skull-base fractures, address a high-flow cerebrospinal fluid ("CSF") leak, and treat tension pneumocephalus. Dr. Eide is also expected to testify regarding the seriousness of these conditions and the potential consequences if left untreated. *See* Bates Nos. 585–706[1].

   - Bases for Opinions: Dr. Eide's opinions are based on his education, training, and experience as a rhinologist and skull-base surgeon, as well as his examination and treatment of K.R. and his review of the relevant medical records. Dr. Eide performed surgery on K.R. at Mayo Clinic in Rochester, Minnesota, on March 29, 2025, to treat tension pneumocephalus and a CSF leak resulting from skull and skull-base fractures sustained on March 23, 2025. *See* Bates Nos. 585–706.

   - Statement of Opinions: Dr. Eide is expected to testify that K.R.'s tension pneumocephalus and CSF leak were serious, potentially life-threatening medical

[1] The Mayo Clinic medical records documenting Dr. Eide's treatment of K.R. were previously disclosed to the defense and contain information regarding Dr. Eide's opinions and the bases and reasons for those opinions. *See* Fed. R. Crim. P. 16(a)(1)(G)(iv) and (v). *See also* Bates Nos. 623–633.

conditions. He is further expected to opine that, if left untreated, these conditions could have resulted in K.R.'s death.

- Qualifications: Dr. Eide's education, training, professional experience, and other qualifications are set forth in his curriculum vitae. *See* Exhibit 1. Additional information is available on his Mayo Clinic biography page. A summary of his qualifications follows:

  - Professional Experience:

    - Rhinologist and Skull Base Surgeon, Mayo Clinic, Rochester, Minnesota
    - Dr. Eide treats conditions including CSF leaks, skull-base tumors, sinonasal tumors, and other disorders involving the nose, sinuses, and skull-base.
    - His surgical practice includes endoscopic sinus surgery, endoscopic and open skull-base surgery, facial fracture repair, nasal endoscopy, reconstructive surgery, and transsphenoidal surgery.

  - Education and Training:

    - B.S., University of Wisconsin—Madison—Chemistry, Molecular Biology, Biology, Zoology, and English; graduated with distinction.
    - M.D., University of Minnesota Medical School, Minneapolis, Minnesota.
    - Residency in Otolaryngology—Head and Neck Surgery, McGaw Medical Center of Northwestern University, Chicago, Illinois.
    - Fellowship in Rhinology and Skull Base Surgery, University of Pennsylvania, Philadelphia, Pennsylvania.
    - Board Certification: American Board of Otolaryngology—Head and Neck Surgery (2022).

- Publications Authored Within the Previous Ten Years:

  - A list of Dr. Eide's publications is contained in his CV. *See* Exhibit 1. His publications are also available on his Mayo Clinic biography page.

- Cases in Which Dr. Eide Testified as an Expert Within the Previous Four Years:

  - The United States will supplement this Notice with the required information upon receipt from Mayo Clinic.

Dated: September 1, 2026

NICHOLAS W. CHASE
United States Attorney

By: */s/ Nick Baker*

NICK BAKER
Assistant United States Attorney
ND Bar ID 08780
P.O. Box 699
Bismarck, ND 58502-0699
(701) 530-2420
nick.baker@usdoj.gov
Attorney for United States