GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. 1

# Curriculum Vitae and Bibliography
# Jacob George Eide, M.D.

## Personal Information


Work Address: Mayo Clinic
200 First Street, SW
Rochester, MN 55905

Email Address: eide.jacob@mayo.edu


## Present Academic Rank and Position

**Senior Associate Consultant** - Department of Otorhinolaryngology, Mayo Clinic, Rochester, Minnesota — 06/03/2024 - Present

## Education

University of Wisconsin-Madison, Madison, Wisconsin - BS, Chemistry, Molecular Biology, Biology, Zoology, English - Graduated with Distinction — 2008 - 2012

University of MN Medical School, Minneapolis, Minnesota - MD — 2012 - 2016

McGaw Medical Center, Northwestern University, Chicago, Illinois - Residency, Otolaryngology - Head and Neck Surgery — 2016 - 2021

University of Pennsylvania, Philadelphia, Pennsylvania - Fellowship, Rhinology and Skull Base Surgery Fellowship — 2021 - 2022

## Certification

### Board Certifications

**American Board of Otolaryngology**

Head and Neck Surgery

## Licensure

Minnesota 76746 (Medical) — 2024 - Present

## Honors and Awards

**First Place 2021 Resident Research Symposium** - Northwestern University , Chicago, Illinois — 2021

## Previous Professional Positions and Major Appointments

**Clinical Assistant Professor** - Wayne State University School of Medicine — 2022 - 2024

**Clinical Assistant Professor** - Michigan State University College of Human Medicine — 2023 - 2024

**Assistant Professor of Otolaryngology** - Mayo Clinic College of Medicine and Science — 10/01/2024 - 08/31/2026

## Service

### Community Memberships and Services

Community Health Services, Inc Otolaryngology Community Clinic
Volunteer — 01/01/2025 - Present

## Professional Memberships and Societies

### Professional Memberships and Services

American Academy of Otolaryngology - Head and Neck Surgery
Member — 04/19/2024 - Present

American Rhinologic Society
Member — 04/19/2024 - Present

Minnesota Academy of Otolaryngology - Head and Neck Surgery
Board Member 01/01/2025 - Present

North American Skull Base Society
Member 04/19/2024 - Present

## Journal Responsibilities

### Journal Editorial Responsibilities

American Journal of Rhinology and Allergy
Reviewer

European Archives of Oto-Rhino-Laryngology
Reviewer

Head and Neck Journal
Reviewer 07/01/2021 - Present

International Forum of Allergy & Rhinology
Editorial Board 10/01/2025 - Present

International Forum of Allergy and Rhinology
Reviewer

Journal of Otolaryngology-Head and Neck Surgery
Reviewer

Laryngoscope
Reviewer 07/01/2022 - Present

Laryngoscope Investigative Otolaryngology
Reviewer 05/20/2025 - Present

OTO Open journal
Reviewer

Pediatric Pulmonology
Reviewer 06/01/2025 - Present

## Education Interests and Accomplishments

### Teaching

Henry Ford 8th Annual Sinus and Skull Base Surgery Course 2023
Faculty
Henry Ford Health; Detroit, MI

Michigan State University Biomedical Engineering Graduate Course 2023
Invited Lecturer
Michigan State University

University of Pennsylvania International Rhinology Course 2022 — 09/2022 - 09/08/2022
Faculty
University of Pennsylvania; Philadelphia, PA

Henry Ford Sinus and Nasal Symposium 2022 — 10/2022 - Present
Faculty
Henry Ford Health, Detroit, MI

Henry Ford Sinus and Nasal Symposium 2023 — 08/2023 - Present
Faculty
Henry Ford Health, Detroit, MI

Henry Ford 1st Annual Pituitary Symposium — 10/2023 - Present
Faculty
Henry Ford Health; Detroit, MI

University of Colorado Resident Rhinology Journal Club — 03/2024 - Present
Invited Lecturer
University of Colorado

Skull Base Reconstruction - Challenges When There is No Intranasal Option — 01/2025

Virtual Grand Rounds
Kaiser Permanente - Oakland
Oakland, California

12th Annual Mayo Endoscopic Skull Base Course — 03/2025 - 03/21/2025
Course Faculty/Presenter
Mayo Clinic
Rochester, Minnesota

Washington University Anterior Skull Base Dissection Course — 05/2025
Invited Faculty
Washington University
St. Louis, Missouri

CRSwNP: Pathophysiology to Management — 06/2025
Virtual Invited Professor
Henry Ford Hospital Grand Rounds
Detroit, Michigan

Anatomy of the nose 3D — 07/2025 - 07/26/2025
Presenter
Open and Endoscopic Approaches to the Cranial Base 2025
Rochester, Minnesota

Skull base reconstruction 3D — 07/2025 - 07/26/2025
Presenter
Open and Endoscopic Approaches to the Cranial Base 2025
Rochester, Minnesota

Transpterygoid, Meckel's cave, infrat fossa D dissection — 07/2025 - 07/26/2025
Presenter
Open and Endoscopic Approaches to the Cranial Base 2025
Rochester, Minnesota

Nasal Masses for the Allergist - Polyps and All — 07/2025 - 08/03/2025
Faculty
Clinical Updates in Allergy and Immunology 2025
Dana Point, California

**Mentorship**

Jabbour, Christopher (Surgical Fellow) — 08/2024 - 08/2025
**Description:**
**Current Status:** Staff Surgeon - New York University
**Outcome:**

Lakpa, Leo (Surgery Resident) — 07/2025 - Present
**Description:**
**Current Status:** Otolaryngology Resident
**Outcome:**

Al-Mulki, Kareem (Surgical Fellow) — 08/2025 - Present
**Description:**
**Current Status:** Rhinology Fellow - Pursing tertiary care practice at Kaiser Permanente in Atlanta, GA
**Outcome:**

## Institutional/Departmental Administrative Responsibilities, Committee Memberships and Other Activities

**Mayo Clinic in Rochester**

Department of Otorhinolaryngology
Education Committee
Member — 02/01/2025 - Present
Research Committee
Associate Chair — 02/14/2025 - Present

**Activities at Other Institutions**

American Rhinologic Society
- Member — 01/01/2024 - Present
- Development Committee Member

Minnesota Academy of Otolaryngology
- Board Member — 02/01/2025 - Present

## Presentations Extramural

### National or International

Association Between Research Productivity and National Institute of Health Funding in Academic Rhinology — 09/2022
American Rhinologic Society 68th Annual Meeting

### Invited

Open and Endoscopic Techniques to the Cranial Base Surgery Course — 07/18/2024 - 07/20/2024
Course Faculty
Mayo Clinic

EEA Reconstruction When Everything is Gone: The Challenges When There is No Intranasal Option — 09/29/2024
CNS-NASBS Joint Symposium
Congress of Neurological Surgeons 2024 Annual Meeting

Surgical Techniques in Endoscopic Tumor Resection — 01/31/2025
Invited Lecture
Mayo Clinic ENT Updates 2025
Maui, Hawaii

Updates In Treatment of Chronic Rhinosinusitis — 01/31/2025
Invited Lecture
Mayo Clinic ENT Updates 2025
Maui, Hawaii

"Sinonasal Malignancy Management and Outcomes" — 07/02/2026 - 07/04/2026
16th Singapore Sleep, Allergy and Rhinology Conference 2026
Singapore

### Oral

Tumor suppressor role of Notch3 in Medullary Thyroid Carcinoma — 2011
American Association for Cancer Research

Multifunctional Gold Nanorods for Targeted Neuroendocrine Cancer Therapy — 2011
Gordon Research Conference: Cancer Nanotechnology - From Basic Concepts to Clinical Applications

Co-Delivery of Doxorubicin and siRNA Using Octreotide-Conjugated Gold Nanorods for Targeted Neuroendocrine Cancer Therapy — 2012
American Association for Cancer Research Annual Meeting

Multifunctional Gold Nanorods for Targeted Drug Delivery to Carcinoids — 2012
American Surgical Congress Conference

Targeted Delivery of ASCL1 siRNA using Octreotide-Conjugated Gold Nanorods for Neuroendocrine Cancer Therapy — 2012
Global Technology Conference: RNAi Research and Therapeutics

Extracellular Drug Conjugate (EDCI) Technology for Targeted Neuroendocrine Cancer Therapy — 2013
American Surgical Congress Conference

Identification of Sipra and Mapk as Downstream Targets of Notch3 in Medullary Thyroid Carcinoma — 2013
American Surgical Congress Conference

Thiocoraline Reduces Cell Proliferation and Activates the Notch Pathway in Medullary Thyroid Cancer — 2013

American Surgical Congress Conference

| | |
|---|---|
| Multifunctional Gold Nanorods for Targeted in vivo Drug Delivery to Carcinoids<br>American Association of Endocrine Surgeons Annual Meeting<br>Boston, Massachusetts | 2014 |
| Facial Nerve Duplication and First Branchial Cleft Cysts: A Developing Association in an Uncommon Pathology<br>Canadian Society of Otolaryngology 75th Annual Meeting<br>Edmonton, Alberta, Canada | 06/2019 |
| **Post-operative Type 2 Inflammatory Mediators Decrease After Endoscopic Sinus Surgery<br>2020 American Rhinologic Society 66th Annual Meeting<br>Virtual Meeting (COVID Pandemic) | 09/2020 |
| **Postoperative Cerebrospinal Fluid Leaks Following No Intraoperative Leak<br>North American Skull Base Society 2021 Virtual Symposium<br>Virtual Meeting (COVID Pandemic) | 02/2021 |
| **Preservation of Pituitary Function via Pediatric Craniopharyngioma Fenestration<br>North American Skull Base Society 2021 Virtual Symposium<br>Virtual Meeting (COVID Pandemic) | 2021 |
| **Sinonasal Chondrosarcoma: An Analysis of the National Cancer Database<br>North American Skull Base Society 2021 Virtual Symposium<br>Virtual Meeting (COVID Pandemic) | 02/2021 |
| **Clinical Characteristics Can Predict Refractiveness to Endoscopic Sinus Surgery in Patients with Chronic Rhinosinusitis<br>American Academy of Allergy Asthma & Immunology 2021 Virtual Annual Meeting<br>Virtual Meeting (COVID Pandemic) | 02/2021 - 03/2021 |
| **IFN-y Levels Prior to Endoscopic Sinus Surgery are Correlated with Post-Surgical Patient Reported Outcome Measures in Patient Reported Outcome Measures in Patients with Chronic Rhinosinusitis with Nasal Polyps<br>American Academy of Allergy Asthma & Immunology Virtual Annual Meeting<br>Virtual Meeting (COVID Pandemic) | 02/2021 - 03/2021 |
| University of Pennsylvania Internation Rhinology Course 2022<br>Course Instructor<br>Philadelphia, Pennsylvania | 2022 |
| Device Failures in Image-Guided Functional Endoscopic Sinus Surgery: A MAUDE Analysis<br>Combined Otolaryngology Spring Meetings (COSM) 2022<br>Dallas, Texas | 04/2022 - 05/2022 |
| Laryngeal Chondrosarcoma: A Single Institution's 20-Year Experience<br>Combined Otolaryngology Spring Meetings (COSM) 2022<br>Dallas, Texas | 04/2022 - 05/2022 |
| Multi-Institutional Review of Sinonasal and Skull Base Chondrosarcoma: A 20-Year Experience<br>Combined Otolaryngology Spring Meetings (COSM) 2022<br>Dallas, Texas | 04/2022 - 05/2022 |
| The Impact of Delay in Treatment on Survival in Surgically Managed Sinonasal Undifferentiated Carcinoma<br>Combined Otolaryngology Spring Meetings (COSM) 2022<br>Dallas, Texas | 04/2022 - 05/2022 |
| A Multi-Institutional Survey of Sinonasal Lymphoma Outcomes Over the Past 20 Years<br>American Rhinologic Society 68th Annual Meeting<br>Philadelphia, Pennsylvania | 09/2022 |
| Carcinosarcoma of the Nasal Cavity and Paranasal Sinuses: A National Cancer Database | 09/2022 |

American Rhinologic Society 68th Annual Meeting
Philadelphia, Pennsylvania

| | |
|---|---|
| No Association Between Frailty Measures and Post-Operative Outcomes in Extended Endonasal Skull Base Surgery<br>American Rhinologic Society 68th Annual Meeting<br>Philadelphia, Pennsylvania | 09/2022 |
| Outcomes of Craniopharyngioma in Adults versus Children: Results of a National Database Analysis<br>American Rhinologic Society 68th Annual Meeting<br>Philadelphia, Pennsylvania | 09/2022 |
| Pituitary Apoplexy is Associated with an Increased Incidence of Human Immunodeficiency Virus<br>American Rhinologic Society 68th Annual Meeting 2022<br>Philadelphia, Pennsylvania | 09/2022 |
| Organ Preservation in Laryngeal Chondrosarcoma: A 20-Year Experience<br>AAO-HNSF 2022 Annual Meeting & Oto Experience<br>Philadelphia, Pennsylvania | 09/2022 |
| Preservation of Pituitary Function via Pediatric Craniopharyngioma Fenestration<br>147th Annual Meeting of the American Neurological Association<br>Chicago, Illinois | 10/2022 |
| Bleeding Risk from Non-steroidal Anti-Inflammatory Drugs after Functional Endoscopic Sinus Surgery - Analysis of the TriNetX Database.<br>Triologic Combined Sections Meeting 2023<br>Coronado, California | 01/2023 |
| The impact of preoperative frailty on endoscopic cerebrospinal fluid leak repair outcomes in the anterior skull base<br>North American Skull Base Society 2023<br>Tampa, Florida | 02/2023 |
| Outcomes of immunotherapy treatment in sinonasal melanoma: A CORSICA multi-institutional study<br>Combined Otolaryngology Spring Meetings 2023<br>Boston, Massachusetts | 05/2023 |
| Cadaveric histologic assessment of autonomic nerve fiber densities in different nasal nerves<br>American Rhinologic Society 2023 Spring Meeting at COSM 2023<br>Boston, Massachusetts | 05/2023 |
| Tricky Traumatic CSF Leaks<br>Panel<br>North American Skull Base Society<br>New Orleans, Louisiana | 02/14/2025 |
| "Sinonasal cancers: role of induction, next gen sequencing, endoscopic vs open resection"<br>Panel<br>ARS 14th Annual Summer Sinus Symposium<br>San Diego, California | 07/12/2025 |
| "Skull Base Reconstruction After Meningioma Surgery"<br>NASBS 35th Annual Meeting<br>San Diego, California | 03/05/2026 - 03/08/2026 |

**Poster**

| | |
|---|---|
| Errors in Beta-2 Transferrin Testing<br>Poster Presentation<br>Combined Otolaryngology Spring Meetings 2023 | 05/2023 |
| HPV-related multiphenocytic sinonasal carcinoma: Case series at a single institution<br>NASBS 35th Annual Meeting | 03/06/2026 - 03/08/2026 |

San Diego, California

| | |
|---|---|
| Maxillary Sinus Infraorbital Neurofibroma: A Case Report and Review of the Literature<br>NASBS 35th Annual Meeting<br>San Diego, California | 03/06/2026 - 03/08/2026 |

**Regional**

| | |
|---|---|
| "Nasal Masses for the Allergist - Polyps and All"<br>Clinical Updates in Allergy and Immunology 2025<br>Laguna Niguel Dana Point, California | 08/03/2025 |

**Invited**

| | |
|---|---|
| Managing the Usual and Addressing the Recalcitrant (Immunodeficiency)<br>Clinical Case Presentations<br>Mayo Clinic Tackling Problematic Sinusitis<br>Phoenix, Arizona | 03/07/2025 |

**Oral**

| | |
|---|---|
| Co-delivery of Doxorubicin and siRNA using Octreotide-conjugated Gold Nanorods for Targeted Neuroendocrine Cancer Therapy<br>University of Wisconsin Carbone Comprehensive Cancer Retreat | 2011 |
| Oral cancer cell line gene expression after PPAR gamma ligand treatment<br>Minnesota Supercomputing Institute Research Exhibition | 04/23/2015 |
| Henry Ford 8th Annual Endoscopic Sinus and Skull Base Surgery Course 2023<br>Course Instructor<br>Detroit, Michigan | 2023 |
| Controversies in HHT Management<br>Debate<br>Mayo Clinic Tackling Problematic Sinusitis<br>Phoenix, Arizona | 03/07/2025 |
| "The Summary Evidence of PRP Therapy in Smell Loss"<br>Faculty Member<br>Mayo Clinic ENT Updates and Tackling Problematic Sinusitis 2026<br>Waikoloa Village, Hawaii | 02/04/2026 - 02/07/2026 |
| How to Subtype Chronic Sinusitis Pragmatically to Manage Patients<br>Case Presentations<br>Mayo Clinic ENT Updates and Tackling Problematic Sinusitis 2026<br>Waikoloa Village, Hawaii | 02/04/2026 - 02/07/2026 |
| Shifting Paradigms in Managing High Grade Sinonasal Malignancies<br>Case Presentations<br>Mayo Clinic ENT Updates and Tackling Problematic Sinusitis 2026<br>Waikoloa Village, Hawaii | 02/04/2026 - 02/07/2026 |

**Unclassified**

| | |
|---|---|
| Pediatric Endoscopic Endonasal Skull Base Surgery: A Retrospective Review Over the Past 11 Years.<br>North American Skull Base Society 30th Annual Meeting<br>Orlando, Florida | 02/2019 |
| Benign Sinonasal Neoplasms<br>Invited Panelist<br>American Rhinologic Society Summer Sinus Symposium | 07/12/2024 - 07/14/2024 |
| Skull Base Reconstruction - Challenges When There is No Intranasal Option<br>Virtual Grand Rounds<br>Kaiser Permanente<br>Oakland, California | 01/16/2025 |
| Prevalence of radiation-induced sinusitis in nasopharyngeal carcinoma | 09/09/2025 - 09/11/2025 |

American Rhinologic Society 71st Meeting - Poster presentation

| | |
|---|---|
| Surveillance recommendations after GTR of uncommon benign sinus tumors: A multi-institutional review<br>Podium presentation (Middle author)<br>American Rhinologic Society 71st Meeting | 09/09/2025 - 09/11/2025 |

*** Indicates that the presentation was not delivered due to COVID-19*

## Visiting Professorship

### Visiting Professorships

| | |
|---|---|
| University of Colorado<br>Resident Didactic Course | 03/06/2024 - Present |
| Kaiser Permanente Oakland Head and Neck Surgery Residency<br>Grand Rounds (Virtual) | 01/16/2025 - Present |
| Washington University<br>Anterior Skull Base Dissection Course | 05/09/2025 - 05/10/2025 |
| Henry Ford Health<br>Grand Rounds Invited Speaker (Virtual)<br>Detroit, Michigan | 06/18/2025 - Present |

## Research Grants Awarded

### Active Grants

**Mayo Clinic**

| | | |
|---|---|---|
| Program Director / Principal Investigator | Metabolomics of Sinonasal Squamous Cell Carcinoma . Funded by SGP - Small Grants Program <$10K | 04/2025 - 04/2027 |

## Bibliography

### Peer-reviewed Articles


1. Xiao Y, Jaskula-Sztul R, Javadi A, Xu W, **Eide J**, Dammalapati A, Kunnimalaiyaan M, Chen H, Gong S. Co-delivery of doxorubicin and siRNA using octreotide-conjugated gold nanorods for targeted neuroendocrine cancer therapy. Nanoscale. 2012 Nov 21; 4 (22):7185-93 PMID: 23070403 PMCID: PMC3495135 DOI: 10.1039/c2nr31853a
2. Tesfazghi S, **Eide J**, Dammalapati A, Korlesky C, Wyche TP, Bugni TS, Chen H, Jaskula-Sztul R. Thiocoraline alters neuroendocrine phenotype and activates the Notch pathway in MTC-TT cell line. Cancer Med. 2013 Oct; 2 (5):734-43 Epub 2013 Sept 17 PMID: 24403239 PMCID: PMC3892805 DOI: 10.1002/cam4.118
3. Jaskula-Sztul R, **Eide J**, Tesfazghi S, Dammalapati A, Harrison AD, Yu XM, Scheinebeck C, Winston-McPherson G, Kupcho KR, Robers MB, Hundal AK, Tang W, Chen H. Tumor-suppressor role of Notch3 in medullary thyroid carcinoma revealed by genetic and pharmacological induction. Mol Cancer Ther. 2015 Feb; 14 (2):499-512 Epub 2014 Dec 15 PMID: 25512616 PMCID: PMC4326595 DOI: 10.1158/1535-7163.MCT-14-0073
4. Handley N, **Eide J**, Taylor R, Wuertz B, Gaffney P, Ondrey F. PPARgamma targeted oral cancer treatment and additional utility of genomics analytic techniques. Laryngoscope. 2017 Apr; 127 (4):E124-E131 Epub 2016 Nov 29 PMID: 27896820 PMCID: PMC5360511 DOI: 10.1002/lary.26423
5. **Eide J**, Isaac A, Maddalozzo J. Facial Nerve Duplication and First Branchial Cleft Cysts: An Association in an Uncommon Pathology. Otolaryngol Head Neck Surg. 2019 Nov; 161 (5):904-905 Epub 2019 July 02 PMID: 31262223 DOI: 10.1177/0194599819861341
6. Drapeau A, Walz PC, **Eide JG**, Rugino AJ, Shaikhouni A, Mohyeldin A, Carrau RL, Prevedello DM. Pediatric craniopharyngioma. Childs Nerv Syst. 2019 Nov; 35 (11):2133-2145 Epub 2019 Aug 05 PMID: 31385085 DOI: 10.1007/s00381-019-04300-2
7. Walz PC, Drapeau A, Shaikhouni A, **Eide J**, Rugino AJ, Mohyeldin A, Carrau R, Prevedello D. Pediatric pituitary adenomas. Childs Nerv Syst. 2019 Nov; 35 (11):2107-2118 Epub 2019 July 13 PMID: 31302729 DOI: 10.1007/s00381-019-04293-y
8. Guenter R, **Eide J**, Chen H, Rose JB, Jaskula-Sztul R. High-Throughput Analysis to Identify Activators of Notch Signaling. Methods Mol Biol. 2022; 2472:49-56 PMID: 35674891 PMCID: PMC5757 DOI: 10.1007/978-1-0716-2201-8_5
9. Merna C, Lehrich BM, Kshirsagar RS, **Eide JG**, Diaz-Aguilar LD, Goshtasbi K, Yasaka TM, Sahyouni R, Palmer JN, Adappa ND, Hsu FPK, Kuan EC. Determinants of Survival in Skull Base Chondrosarcoma: A National Cancer Database Study. World Neurosurg. 2022 Feb; 158:e766-e777. Epub 2021 Nov 20. PMID: 34808412 DOI: 10.1016/j.wneu.2021.11.066
10. **Eide JG**, Welch KC, Adappa ND, Palmer JN, Tong CCL. Sinonasal Inverted Papilloma and Squamous Cell Carcinoma: Contemporary Management and Patient Outcomes. Cancers (Basel). 2022 Apr 28; 14 (9) PMID: 35565324 PMCID: PMC9102473 DOI: 10.3390/cancers14092195
11. **Eide JG**, Wu J, Stevens WW, Bai J, Hou S, Huang JH, Rosenberg J, Utz P, Shintani-Smith S, Conley DB, Welch KC, Kern RC, Hulse KE, Peters AT, Grammer LC, Zhao M, Lindholm P, Schleimer RP, Tan BK. Anti-phospholipid antibodies are elevated and functionally active in chronic rhinosinusitis with nasal polyps. Clin Exp Allergy. 2022 Aug; 52 (8):954-964 Epub 2022 Mar 14 PMID: 35253284 PMCID: PMC9339491 DOI: 10.1111/cea.14120
12. Racette SD, Schneider AL, Ganesh M, Huang JH, Lehmann DS, Price CPE, Rodegherio SG, Reddy AT, **Eide JG**, Conley DB, Welch KC, Kern RC, Shintani-Smith S, Kato A, Schleimer RP, Tan BK. CRS-PRO and SNOT-22 correlations with type 2 inflammatory mediators in chronic rhinosinusitis. Int Forum Allergy Rhinol. 2022 Nov; 12 (11):1377-1386 Epub 2022 Apr 24 PMID: 35363947 PMCID: PMC9525449 DOI: 10.1002/alr.23002
13. **Eide JG**, Salmon MK, Kshirsagar RS, Patel TD, Davin KM, Prasad A, Stevens EM, Ungerer H, Sweis AM, Locke TB, Lee JY, Grady MS, Yoshor D, Storm PB, Adappa ND, Palmer JN. Reconstruction with Mucosal Graft Reduces Recurrence After Endoscopic Surgery of Rathke Cleft Cyst. World Neurosurg. 2022 Nov; 167:e664-e669. Epub 2022 Aug 24. PMID: 36028104 DOI: 10.1016/j.wneu.2022.08.064
14. Kshirsagar RS, **Eide JG**, Brant JA, Palmer JN, Adappa ND. Sinonasal Acinic Cell Carcinoma: A Review of the National Cancer Database. Am J Rhinol Allergy. 2022 Nov; 36(6):741-746. Epub 2022 Jun 14. PMID: 35702005 DOI: 10.1177/19458924221107206
15. Schneider AL, Racette SD, Kang AK, Reddy AT, Huang JH, Lehmann DS, Price CPE, **Eide JG**, Rodeghiero SR, Conley DB, Welch KC, Kern RC, Shintani-Smith S, Peters AT, Kato A, Stevens WS, Schleimer RP, Tan BK. Use of intraoperative frontal sinus mometasone-eluting stents decreased interleukin 5 and interleukin 13 in patients with chronic rhinosinusitis with nasal polyps. Int Forum Allergy Rhinol. 2022 Nov; 12 (11):1330-1339 Epub 2022 May 19 PMID: 35362251 PMCID: PMC9525456 DOI: 10.1002/alr.23005

16. **Eide JG**, Kshirsagar RS, Harris JC, Civantos A, Brody RM, Lee JYK, Alonso-Basanta M, Lazor JW, Nabavizadeh A, Wang BY, Kuan EC, Palmer JN, Adappa ND. Multi-institutional review of sinonasal and skull base chondrosarcoma: 20-year experience. Head Neck. 2022 Dec; 44(12):2686-2695. Epub 2022 Sep 02. PMID: 36052545 DOI: 10.1002/hed.27178

17. **Eide JG**, Kshirsagar RS, Brant JA, Palmer JN, Adappa ND. A National Cancer Database Analysis of Sinonasal Malignant Myoepithelial Carcinoma Outcomes. Am J Rhinol Allergy. 2023 Jan; 37(1):7-12. Epub 2022 Aug 15. PMID: 35971225 DOI: 10.1177/19458924221121419

18. Kshirsagar RS, **Eide JG**, Qatanani A, Harris J, Birkenbeuel JL, Wang BY, Kuan EC, Palmer JN, Adappa ND. Frailty does not worsen postoperative outcomes in sinonasal squamous cell carcinoma. Am J Otolaryngol. 2023 Nov-Dec; 44(6):103972. Epub 2023 Jul 05. PMID: 37459744 DOI: 10.1016/j.amjoto.2023.103972

19. Salmon MK, Kshirsagar RS, **Eide JG**. Craniopharyngioma surgery for rhinologists. Curr Opin Otolaryngol Head Neck Surg. 2023 Feb 01; 31(1):45-52. Epub 2022 Nov 14. PMID: 36730658 DOI: 10.1097/MOO.0000000000000856

20. Behbahani M, Rastatter JC, **Eide J**, Karras C, Walz P, Suresh K, Leonard JR, Alden TD. Pediatric Endoscopic Endonasal Skull Base Surgery: A Retrospective Review Over 11 Years. World Neurosurg. 2023 Feb; 170:e70-e78 Epub 2022 Oct 21 PMID: 36273727 DOI: 10.1016/j.wneu.2022.10.066

21. Harris JC, **Eide JG**, Kshirsagar RS, Brant JA, Palmer JN, Adappa ND. Carcinosarcoma of the nasal cavity and paranasal sinuses: Review of the national cancer database. World J Otorhinolaryngol Head Neck Surg. 2023 Jun; 9(2):115-122. Epub 2022 Oct 27. PMID: 37383334 PMCID: PMC10296035 DOI: 10.1002/wjo2.82

22. Kshirsagar RS, **Eide JG**, Prasad A, Carey RM, Rajasekaran K, Brant JA, Newman JG, Palmer JN, Adappa ND. Determinants of Patient Refusal of Postoperative Radiation Therapy in Sinonasal Squamous Cell Carcinoma. J Neurol Surg B Skull Base. 2023 Jun; 84(3):232-239. Epub 2022 Jun 06. PMID: 37187475 PMCID: PMC10171933 DOI: 10.1055/a-1780-4157

23. Hassanin SW, Kshirsagar RS, **Eide JG**, Chang J, Liang J, Palmer JN, Adappa ND. Image-Guided Surgical Device Failures in Functional Endoscopic Sinus Surgery: A MAUDE Analysis. Laryngoscope. 2023 Jun; 133 (6):1310-1314. Epub 2022 Jul 14. PMID: 35833501 DOI: 10.1002/lary.30296

24. Henry LE, **Eide JG**, Kshirsagar RS, Tong CCL, Kuan EC, Poonia SK, Storm PB, Palmer JN, Adappa ND. Incidence of Sinus Inflammation After Endoscopic Skull Base Surgery in the Pediatric Population. Laryngoscope. 2023 Aug; 133(8):2014-2017. Epub 2022 Oct 03. PMID: 36189938 DOI: 10.1002/lary.30415

25. **Eide JG**, Kshirsagar RS, Birkenbeuel JL, Abello EH, Hobday S, Herzberg S, Wang BY, Palmer JN, Adappa ND, Kuan EC. Primary sinonasal lymphoma: A multi-institutional experience of clinical presentation, treatment, and outcomes. Int Forum Allergy Rhinol. 2023 Aug; 13(8):1492-1502. Epub 2022 Dec 07. PMID: 36433723 DOI: 10.1002/alr.23102

26. Qatanani AM, **Eide JG**, Harris JC, Brant JA, Palmer JN, Adappa ND, Kshirsagar RS. The Impact of Delay in Treatment on Survival in Surgically Managed Sinonasal Undifferentiated Carcinoma. J Neurol Surg B Skull Base. 2023 Aug; 84(4):320-328. Epub 2022 Aug 25. PMID: 37405245 PMCID: PMC10317562 DOI: 10.1055/s-0042-1755601

27. Craig JR, Dunn RT, Ray A, Keller CE, Peterson EL, **Eide JG**. Cadaveric analysis of autonomic nerve fiber density in posterior nasal, posterolateral nasal, and anterior ethmoid nerves. Int Forum Allergy Rhinol. 2023 Nov; 13 (11):2109-2112 Epub 2023 June 04 PMID: 37246483 DOI: 10.1002/alr.23199

28. Saba ES, Hoerter J, Chang J, Chou DW, Xiao C, **Eide JG**, Kshirsagar RS, Palmer JN, Adappa ND. Microdebrider complications in sinus surgery: Analysis of the openFDA database. World J Otorhinolaryngol Head Neck Surg. 2023 Dec; 9(4):328-332. Epub 2023 Jan 31. PMID: 38059141 PMCID: PMC10696272 DOI: 10.1002/wjo2.89

29. Salmon MK, Kshirsagar RS, **Eide JG**, Sweis AM, Davin K, Prasad A, Ungerer H, Stevens E, Ig-Izevbekhai K, Tripathi S, Locke TB, Lin T, Sweis BM, Kohanski MA, Adappa ND, Palmer JN. Postoperative mometasone irrigations improve quality of life in skull base tumor patients. World J Otorhinolaryngol Head Neck Surg. 2023 Dec; 9(4):314-319. Epub 2023 May 16. PMID: 38059136 PMCID: PMC10696264 DOI: 10.1002/wjo2.99

30. Pandrangi VC, Mace JC, Abiri A, Adappa ND, Beswick DM, Chang EH, **Eide JG**, Fung N, Hong M, Johnson BJ, Kohanski MA, Kshirsagar RS, Kuan EC, Le CH, Lee JT, Nabavizadeh SA, Obermeyer IP, Palmer JN, Pinheiro-Neto CD, Smith TL, Snyderman CH, Suh JD, Wang EW, Wang MB, Choby G, Geltzeiler M. Recurrence patterns among patients with sinonasal mucosal melanoma: A multi-institutional study. Int Forum Allergy Rhinol. 2023 Dec; 13(12):2156-2164. Epub 2023 Jun 15. PMID: 37265013 DOI: 10.1002/alr.23204

31. Salmon MK, **Eide JG**, Kshirsagar RS, Blue R, Yoshor D, Sean Grady M, Lee JYK, Palmer JN, Adappa ND. Multi-institutional Analysis of Endoscopic Sellar Surgical Volumes During the COVID-19 Pandemic. Otolaryngol Head Neck Surg. 2024 Jan; 170(1):260-264. Epub 2023 Aug 25. PMID: 37622585 DOI: 10.1002/ohn.505

32. Nulty P, Mason W, Mackie H, Peterson EL, Cook B, Rock J, **Eide J**, Craig JR. Using Ipratropium Bromide Nasal Spray Response as a Screening Tool in the Diagnostic Workup of Cerebrospinal Fluid Rhinorrhea. Laryngoscope. 2024 Jan; 134 (1):56-61 Epub 2023 June 02 PMID: 37265206 DOI: 10.1002/lary.30801

33. Kshirsagar RS, **Eide JG**, Qatanani A, Harris J, Abello EH, Roman KM, Vasudev M, Jackson C, Lee JYK, Kuan EC, Palmer JN, Adappa ND. Impact of Frailty on Postoperative Outcomes in Extended Endonasal Skull Base Surgery for Suprasellar Pathologies. Otolaryngol Head Neck Surg. 2024 Feb; 170(2):568-576. Epub 2023 Sep 25. PMID: 37746938 DOI: 10.1002/ohn.537

34. Donaldson LB, Deeb RH, Momin S, **Eide JG**, Craig JR. Cadaveric and Computed Tomography Analysis of the Anterior Ethmoidal Artery Flap. Laryngoscope. 2024 May; 134(5):2100-2104. Epub 2023 Nov 11. PMID: 37950636 DOI: 10.1002/lary.31162

35. Harmon R, Schneider AL, Bai J, Racette SD, Reddy AT, Huang JH, Lehmann DS, Price CPE, Rodeghiero S, Agarwal A, **Eide JG**, Dong S, Conley DB, Welch KC, Kern RC, Shintani-Smith S, Peters AT, Kato A, Stevens WW, Muhammad LN, Schleimer RP, Tan BK. IL-13 and IL-13-induced periostin levels are specifically decreased in patients following endoscopic sinus surgery for chronic rhinosinusitis. J Allergy Clin Immunol. 2024 May; 153 (5):1292-1305 Epub 2023 Dec 28 PMID: 38157944 PMCID: PMC11070299 DOI: 10.1016/j.jaci.2023.11.922

36. Abiri A, Bitner BF, Nguyen TV, Pang JC, Roman KM, Vasudev M, Chung DD, Tripathi SH, Harris JC, Kosaraju N, Shih RM, Ko M, Miller JE, Douglas JE, Lee DJ, **Eide JG**, Kshirsagar RS, Phillips KM, Sedaghat AR, Bergsneider M, Wang MB, Palmer JN, Adappa ND, Hsu FPK, Kuan EC. Clinical and technical factors in endoscopic skull base surgery associated with reconstructive success. Rhinology. 2024 Jun 1; 62 (3):330-341 PMID: 38189480 DOI: 10.4193/Rhin23.267

37. **Eide JG**, Kshirsagar RS, Wen C, Qatanani A, Harris J, Sellers L, Abello EH, Douglas JE, Palmer JN, Adappa ND, Kuan EC. Endoscopic Repair of Anterior Skull Base Cerebrospinal Fluid Leaks is Successful in Frail Patients. Laryngoscope. 2024 Jun; 134(6):2713-2717. Epub 2024 Apr 06. PMID: 38581362 DOI: 10.1002/lary.31440

38. **Eide JG**, Mason W, Ray A, Carey J, Cook B, Craig JR. Systematic review of errors on beta-2 transferrin gel electrophoresis testing of rhinorrhea and otorrhea. Int Forum Allergy Rhinol. 2024 Jun; 14 (6):1016-1025 Epub 2023 Oct 21 PMID: 37864574 DOI: 10.1002/alr.23293

39. Chang MT, Huang AE, Quon JL, Fernandez-Miranda JC, Wen CZ, **Eide JG**, Kshirsagar RS, Qian ZJ, Nayak JV, Hwang PH, Adappa ND, Patel ZM. The Utility of a "Second-Look" Debridement Following Endonasal Skull Base Surgery in the Pediatric Population. J Neurol Surg B Skull Base. 2024 Jun; 85 (3):313-317 Epub 2023 Mar 30 PMID: 38721369 PMCID: PMC11076083 DOI: 10.1055/a-2048-7564

40. **Eide JG**, Kuan EC, Adappa ND, Chang J, Cho DY, Garg R, Govindaraj S, Grayson J, Im E, Keschner D, Kohanski M, Locke T, Palmer JN, Welch KC, Woodworth BA, Yoo F, Craig JR. Subtotal Middle Turbinate Resection in Patients with Chronic Rhinosinusitis with Nasal Polyps is Unlikely to Cause Empty Nose Syndrome: A Multi-Institutional Prospective Study. Laryngoscope. 2024 Aug 13 [Epub ahead of print] PMID: 39136246 DOI: 10.1002/lary.31694

41. Abiri A, Hong EM, Dilley KK, Nguyen TV, Salmon MK, Grose EM, Tripathi SH, Venkatesh S, Kim Y, Lee DJ, Douglas JE, **Eide JG**, Kshirsagar RS, Phillips KM, Sedaghat AR, Lee JM, Tong CCL, Adappa ND, Palmer JN, Kuan EC. Quality-of-Life Outcomes Following Endoscopic Resection of Sinonasal Inverted Papilloma. Laryngoscope. 2024 Aug 24 [Epub ahead of print] PMID: 39180440 DOI: 10.1002/lary.31725

42. **Eide JG**, Mason W, Mackie H, Cook B, Ray A, Asmaro K, Robin A, Rock J, Craig JR. Diagnostic Accuracy of Beta-2 Transferrin Gel Electrophoresis for Detecting Cerebrospinal Fluid Rhinorrhea. Laryngoscope. 2024 Oct 14 [Epub ahead of print] PMID: 39400322 DOI: 10.1002/lary.31845

43. Kshirsagar RS, **Eide JG**, Abiri A, Asmaro KP, Filip P, Pangal D, Ruzevick J, Adappa ND, Batra PS, Bergsneider MS, Craig JR, Fernandez-Miranda JC, Gardner PA, Grady MS, Halderman AA, Hsu FPK, Mohyeldin A, Palmer JN, Papagiannopoulos P, Snyderman CH, Tajudeen BA, Wang EW, Wang MB, Zada G, Zenonos GA, Kuan EC. A phenomenon not to be missed: delayed postoperative cerebrospinal fluid rhinorrhea following no identifiable intraoperative leak in sellar surgery. Rhinology. 2024 Dec 1; 62 (6):759-762 PMID: 39018522 DOI: 10.4193/Rhin24.175

44. Salmon MK, **Eide JG**, Kshirsagar RS, Palmer JN, Adappa ND, Kohanski MA. Bleeding risk from nonsteroidal anti-inflammatory drugs after functional endoscopic sinus surgery: Analysis of the TriNetX database. World J Otorhinolaryngol Head Neck Surg. 2024 Dec; 10(4):303-308. Epub 2023 Dec 06. PMID: 39677052 PMCID: PMC11634731 DOI: 10.1002/wjo2.142

45. Almansour YM, Alani A, Wilson CP, **Eide JG**, Craig JR. Medial Flap Turbinoplasty is Unlikely to Cause Empty Nose Syndrome. Laryngoscope. 2024 Dec 14 [Epub ahead of print] PMID: 39673254 DOI: 10.1002/lary.31947

46. Craig JR, Saibene AM, Adappa ND, Douglas JE, **Eide JG**, Felisati G, Kohanski MA, Kshirsagar RS, Kwiecien C, Lee D, Makary CA, Palmer JN, Ray A, Wilson C, Kuan EC. Maxillary Antrostomy Versus Complete Sinus

Surgery for Odontogenic Sinusitis With Frontal Sinus Extension. Laryngoscope. 2025 Feb; 135(2):586-592. Epub 2024 Aug 27. PMID: 39189339 DOI: 10.1002/lary.31731

47. Craig JR, Saibene AM, Adappa ND, Douglas JE, **Eide JG**, Felisati G, Kohanski MA, Kshirsagar RS, Kwiecien C, Lee D, Makary CA, Palmer JN, Ray A, Wilson C, Kuan EC. Maxillary Antrostomy Versus Complete Sinus Surgery for Odontogenic Sinusitis With Frontal Sinus Extension. Laryngoscope. 2025 Feb; 135 (2):586-592 Epub 2024 Aug 27 PMID: 39189339 DOI: 10.1002/lary.31731

48. Kshirsagar RS, **Eide JG**, Harris J, Abiri A, Beswick DM, Chang EH, Fung N, Hong M, Johnson BJ, Kohanski MA, Le CH, Lee JT, Nabavizadeh SA, Obermeyer IP, Pandrangi VC, Pinheiro-Neto CD, Smith TL, Snyderman CH, Suh JD, Wang EW, Wang MB, Choby G, Geltzeiler M, Lazor J, Mitchell TC, Kuan EC, Palmer JN, Adappa ND. Outcomes of Immunotherapy Treatment in Sinonasal Mucosal Melanoma. Am J Rhinol Allergy. 2025 Mar; 39(2):102-108. Epub 2025 Jan 09. PMID: 39782303 DOI: 10.1177/19458924241308953

49. Nguyen TV, Abiri A, Idowu V, Patel S, Truong T, Lerner DK, Workman AD, Batra PS, Campbell RG, Craig JR, Crosby DL, Douglas JE, **Eide JG**, Kohanski MA, Kshirsagar RS, Locke TB, Papagiannopoulos P, Tajudeen BA, Tong CCL, Adappa ND, Palmer JN, Kuan EC. Outcomes of Autologous versus Synthetic Inlay Grafts After Skull Base Reconstruction for High-Flow Defects: A Multicenter Case-Control Analysis. Int Forum Allergy Rhinol. 2025 Apr; 15(4):441-444. Epub 2024 Dec 30. PMID: 39740087 PMCID: PMC11970444 DOI: 10.1002/alr.23509

50. **Eide JG**, Pellizzari R, Saibene AM, De Donato L, Bitner B, Wei K, Panara K, Kshirsagar R, Lee D, Douglas JE, Whitehead R, Filip P, Papagiannopoulos P, Tajudeen B, Kuan EC, Adappa ND, Palmer JN, Craig JR. Craniofacial Pain Locations and Outcomes After Endoscopic Sinus Surgery for Unilateral Sphenoid Sinusitis: A Multi-Institutional Study. Laryngoscope. 2025 Jun; 135 (6):1915-1919 Epub 2025 Jan 03 PMID: 39749758 DOI: 10.1002/lary.31985

51. Abiri A, Nguyen TV, Chen H, Krippaehne E, Lerner DK, Rahman AS, Roozdar P, Rosvall BR, Sabbaj M, Workman AD, Wu S, Adappa ND, Beswick DM, Chang EH, Chang MT, Choby G, **Eide JG**, Douglas JE, Geltzeiler M, Kohanski MA, Hwang PH, Le CH, Lee JT, Nayak JV, Palmer JN, Patel ZM, Pinheiro-Neto CD, Resnick AC, Smith TL, Snyderman CH, John MAS, Storm PB, Suh JD, Wang MB, Wang EW, Kuan EC. Unilateral Versus Bilateral Endoscopic Resection of Olfactory Neuroblastoma: Pooled Analysis From Prospective and Retrospective Multicenter Data. Int Forum Allergy Rhinol. 2025 Jun; 15 (6):585-593 Epub 2025 Jan 15 PMID: 39811891 PMCID: PMC12135456 DOI: 10.1002/alr.23531

52. Hoerter JE, Tang SH, **Eide JG**, Salmon MK, Carey RM, Prasad A, Brant JA, Palmer JN, Adappa ND, Kshirsagar RS. Nodal metastasis in surgically treated sinonasal squamous cell carcinoma. Discov Oncol. 2025 Jul 14; 16 (1):1328 Epub 2025 July 14 PMID: 40658184 PMCID: PMC12260143 DOI: 10.1007/s12672-025-02899-0

53. Mackie H, **Eide JG**, Yassin-Kassab A, Wilson C, Ray A, Robin AM, Asmaro K, Rock JP, Craig JR. Rapid Intrathecal Fluorescein Injection During Cerebrospinal Fluid Leak Repair Is Safe and Effective. Laryngoscope. 2025 Aug; 135 (8):2696-2701 Epub 2025 Mar 20 PMID: 40110730 DOI: 10.1002/lary.32135

54. Douglas JE, Salmon MK, Kshirsagar RS, **Eide JG**, White C, Kharlip J, Jackson C, Lee JYK, Yoshor D, Kohanski MA, Palmer JN, Adappa ND. Pituitary apoplexy is associated with concurrent or subsequent diagnosis of human immunodeficiency virus. World J Otorhinolaryngol Head Neck Surg. 2025 Sep; 11 (3):349 -352 Epub 2024 July 16 PMID: 40932922 PMCID: PMC12418324 DOI: 10.1002/wjo2.201

55. Tham T, Kim AH, Wilensky J, Tsang C, Giannaris PS, Wang BY, Panara K, Christian Z, Kuan EC, Papagiannopoulos P, Tajudeen B, **Eide JG**, Craig JR, Kshirsagar RS, Locke TB, Ahn S, Oh EJ, Fastenberg JH, Chaskes MB, Pollack AZ, Har-El G, Workman AD, Kohanski MA, Douglas J, Adappa ND, Palmer JN, Tong CCL. Frontal Sinus Inverted Papilloma: Surgical Challenges and Outcomes of a Multi-Institutional Cohort. Laryngoscope. 2025 Sep 3 Epub 2025 Sept 03 PMID: 40899433 DOI: 10.1002/lary.70103

56. Kim AH, Tham T, Giannaris PS, Kokabee M, Wilensky J, Tsang C, Wang BY, Panara K, Kuan EC, Papagiannopoulos P, Tajudeen B, **Eide JG**, Craig JR, Kshirsagar RS, Christian Z, Locke TB, Fastenberg JH, Chaskes MB, Pollack AZ, Har-El G, Cui S, Guerrero D, Ahn S, Oh EJ, Workman AD, Kohanski MA, Douglas J, Robertson ES, Jalaly J, Adappa ND, Palmer JN, Tong CCL. Sinonasal Inverted Papilloma and Clinical Significance of Dysplasia: A Multi-Institutional Study. Laryngoscope. 2025 Nov 22 [Epub ahead of print] PMID: 41273225 DOI: 10.1002/lary.70263

57. Lerner DK, Tapescu I, Thapar I, Workman AD, Almansour Y, Liu DH, Mitchell MB, Patel S, Craig JR, Douglas JE, **Eide J**, Kuan EC, Palmer JN, Adappa ND, Kohanski MA. Post-Operative Surveillance After Resection of Uncommon Benign Sinonasal Tumors: A Multi-Institutional Review. Int Forum Allergy Rhinol. 2025 Dec; 15 (12):1433-1435 Epub 2025 Nov 10 PMID: 41208513 PMCID: PMC12676650 DOI: 10.1002/alr.70046

58. Tham T, Giannaris P, Kokabee M, Kim A, Wilensky J, Tsang C, Wang BY, Panara K, Kuan EC, Papagiannopoulos P, Tajudeen B, **Eide JG**, Craig JR, Kshirsagar RS, Christian Z, Locke TB, Fastenberg JH, Chaskes MB, Pollack AZ, Har-El G, Cui S, Guerrero D, Ahn S, Oh EJ, Kennedy DW, Workman AD, Kohanski MA, Douglas J, Adappa ND, Palmer JN, Tong CCL. A Novel Risk Stratification Tool for Sinonasal Inverted Papilloma Recurrence: Multi-Institutional Nomogram Incorporating Dysplasia Severity. Int Forum Allergy

Rhinol. 2026 Jan 9 Epub 2026 Jan 09 PMID: 41508928 DOI: 10.1002/alr.70102

59. Alexander AY, Agosti E, Plou P, Graepel S, Pinheiro-Neto CD, Leonel LCPC, **Eide JG**, Van Gompel JJ, Link MJ, Peris-Celda M. 360 degrees to the Petrous Apex: Comprehensive Surgical Anatomy and Limitations of Open and Endoscopic Endonasal Approaches to the Petrous Apex. Oper Neurosurg. 2026 Mar 13 [Epub ahead of print] PMID: 41823405 DOI: 10.1227/ons.0000000000001976

60. Mackie H, Jassal J, Wilson C, Alkhoory W, **Eide JG**, McCoul ED, Craig JR. Maxillary Sinus Papillary Edema as a Predictor of Odontogenic Sinusitis. Laryngoscope. 2026 May; 136 (5):2082-2091 Epub 2025 Dec 19 PMID: 41416639 PMCID: PMC13067223 DOI: 10.1002/lary.70323

61. Zalaquett NG, Olson BG, Aden H, Stokken JK, Wiedermann JP, Moore EJ, O'Brien EK, **Eide JG**, Van Gompel JJ, Brinjikji W, Cloft H, Pinheiro-Neto C. Association of Preoperative Embolization and Vascularization Patterns With Outcomes in Juvenile Nasopharyngeal Angiofibroma Resection. Head Neck. 2026 Jul; 48 (7):1813-1821 Epub 2026 Feb 18 PMID: 41709410 DOI: 10.1002/hed.70184

62. Im E, Donaldson L, Adelman A, Adappa ND, Chen YW, Chapurin N, Douglas JE, D'Souza GE, **Eide J**, Espinosa M, Fu CH, Fox MG, Garg R, Kuan EC, Kohanski MA, Kwiatkowska M, Li K, Liu DH, Locke TB, Lin CF, Makary C, Ottavi A, Papagiannopoulos P, Palmer JN, Tong CCL, Tajudeen BA, Venkatesh S, Wei K, Yoo F, Yu AJ, Jin J, Saibene AM, Craig JR. Clinical Features and Dental Pathologies in Maxillary Sinus Fungal Balls and Odontogenic Sinusitis. Laryngoscope. 2026 Jul; 136 (7):2913-2924 Epub 2026 Feb 07 PMID: 41654324 PMCID: PMC13253162 DOI: 10.1002/lary.70429

63. Orihara M, Maus A, Vanderboom PM, Moehnke K, Tomasello A, Cahill KN, Chen CC, Vorobeva M, iAkushev A, Chiarella SE, Blumenthal KG, Stokken JK, **Eide JG**, Kshirsagar RS, Akbar N, Colley P, Hudes G, O'Brien EK, Kita H, Divekar R, Tizhoosh HR, Grill DE, Jerschow E. Urinary Leukotriene E(4) Enables Rule-In Diagnosis of NSAID-Exacerbated Respiratory Disease. Allergy 2026 Jul 23 Epub 2026 July 23 PMID: 42493431 DOI: 10.1111/all.70458

64. Abdurrob A, Cho DY, **Eide JG**, Ray A, Ancira JS, Tipton C, Hanna Z, Craig J. Microbial Diversity in Odontogenic Sinusitis: Next-Generation Sequencing Versus Culture. Am J Rhinol Allergy. 2026 Jul 30; 19458924261474104 Epub 2026 July 30 PMID: 42530539 DOI: 10.1177/19458924261474104

**Book Chapters**

1. **Jacob**, Patrick, Tord, Jeffrey. Pediatric Skull Base Lesions. In: Bailey's Head & Neck Surgery Otolaryngology. 6 ed. 2022.

2. **Jacob G. Eide**, Tapan D. Patel, Nithin D. Adappa, James N. Palmer. Outcomes of Anterior Skull Base Reconstruction. In: Skull Base Reconstruction. 2023.

3. **Jacob G. Eide**, Michael A. Kohanski. Conservative and Medical Therapy for Cerebrospinal Fluid Leaks. In: Skull Base Reconstruction. 2023.

4. **Jacob Eide**, Rijul Kshirsagar, James Palmer. Paranasal Mucoceles. In: Rhinologic and Sleep Apnea Techniques . 2 ed. 2024.

* Indicates the primary author was a mentee of this author.
# Indicates the authors contributed equally.