IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WENDI RENAE WELLS | Criminal No. 1:25-cr-00130<br><br>**STIPULATION** |

IT IS STIPULATED AND AGREED by and between the United States of America through its counsel, Nick Baker, Assistant United States Attorney, and the defendant, WENDI RENAE WELLS, and her counsel, Dane DeKrey and Bruce Ringstrom, Jr., Attorneys at Law, that WENDI RENAE WELLS is an Indian, and that the offense(s) charged, if committed at all, were committed within Indian country – that is, within the exterior boundaries of the Fort Berthold Indian reservation of the Three Affiliated Tribes (Mandan, Hidatsa, Arikara Nation), which are, collectively, a federally recognized Indian tribe.

This stipulation is made and entered into for jurisdictional purposes in the above-entitled matter and DOES NOT constitute an admission of the offense(s) charged in the Indictment.

This stipulation shall be admitted into evidence at trial of this case and may be read to the jury in open court.

AGREED:

Dated this 3 day of September , 2026

Nick Baker

NICKOLAS BAKER
Assistant United States Attorney
P. O. Box 699
Bismarck, ND 58502-0699
Attorney for United States

Dated this 31rt day of August , ____.

DANE DEKREY
Attorney at Law
814 Center Avenue, Suite 5
Moorhead, MN 56560-0853
Attorney for Defendant

Dated this 26TH day of August , 2026.

BRUCE RINGSTROM, JR.
Attorney at Law
814 Center Avenue, Suite 5
Moorhead, MN 56560-0853
Attorney for Defendant

Dated this 2nd day of September, 2024.

W. Wells

WENDI RENAE WELLS
Defendant