IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

WENDI RENAE WELLS,

Defendant.

Case No. 1:25-cr-00130

**UNITED STATES' WITNESS LIST**

1. **Christine Crocker**, Security, Four Bears Casino & Lodge, New Town, ND
2. **Jermaine Bruce**, Security, Four Bears Casino & Lodge, New Town, ND
3. **Roseanna Phillips**, Security, Four Bears Casino & Lodge, New Town, ND
4. **Dr. Jacob G. Eide**, Rhinologist and Skull Base Surgeon, Mayo Clinic, Rochester, MN
5. **K.L.R.**, Bismarck, ND
6. **Kimberly Reyolds**, Garrison, ND
7. **Jackie Grinnell**, Officer, Three Affiliated Tribes Law Enforcement, New Town, ND
8. **Taylor Braunschweig**, Forensic Scientist, ND Office of Attorney General, Crime Laboratory Division, Bismarck, ND
9. **Corianne Rarrick**, Forensic Scientist, ND Office of Attorney General, Crime Laboratory Division, Bismarck, ND
10. **Amy Gebhardt**, Forensic Scientist, ND Office of Attorney General, Crime Laboratory Division, Bismarck, ND
11. **Ike Shook**, Detective, Three Affiliated Tribes Law Enforcement, New Town, ND
12. **Tiffany Hawkins**, Security, Four Bears Casino & Lodge, New Town, ND

13. **Derek Madsen**, Special Agent, ND Bureau of Criminal Investigation, Grand Forks, ND

14. **William Prichard**, Special Agent, Bureau of Indian Affairs, New Town, ND

15. **Royce Cole**, Officer, Three Affiliated Tribes Law Enforcement, New Town, ND

Dated: September 21, 2026

NICHOLAS W. CHASE
United States Attorney

By: *_/s/ Nick Baker_*
NICK BAKER
Assistant United States Attorney
ND Bar ID 08780
P.O. Box 699
Bismarck, ND 58502-0699
(701) 530-2420
nick.baker@usdoj.gov
Attorney for United States