**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

**Criminal No. 1:25-cr-130**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>**Wendi Renae Wells,**<br><br>Defendant. | **PROPOSED QUESTIONS TO THE JURY POOL** |

1) Is anyone uncomfortable viewing photos of injuries, blood, broken bones, or similar graphic content?
    a. If such photographs are presented in this case, will viewing them impact your ability to focus during the trial and pay attention to the evidence presented?
2) Who thinks it is never okay to fight, even in a self-defense situation?
3) Does anyone here sometimes carry a weapon (such as a gun, knife, or pepper spray) for self-defense?
4) Has anyone been involved in combat sports such as boxing or MMA?
5) Has anyone been involved in a serious fight where someone was injured?
6) Does anyone hold any prejudice against Native American People?

7) Does anyone here believe Native Americans should not have their own sovereign land within the boarders of the United States?

Date: September 25, 2026.

Respectfully submitted,

Dane DeKrey (ND #09524)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560
(218) 284-0484
dane@ringstromdekrey.com