UNITED STATES OF AMERICA v. WENDI RENAE WELLS
Case No. 1:25-cr-00130
September 28, 2026 (11:31AM)

## UNITED STATES' REVISED TRIAL EXHIBIT LIST

| EX. NO. | DATE | WITNESS | DESCRIPTION | STIPULATED | OFFERED | OBJECTION | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|
| **01** | | | **Physical:** Wells' boot (right) | | | | | | | |
| **02** | | | **Photo:** K.L.R. lying on bathroom hallway floor (Bates 1170) | | | | | | | |
| **03** | | | **Document:** Derek Madsen's CV (Bates 1023-1035) | | | | | | | |
| **04** | | | **Document:** Taylor Braunschweig's CV (Bates 1036-1037) | | | | | | | |
| **05** | | | **Document:** Amy Gebhardt's CV (Bates 1016-1020) | | | | | | | |
| **06** | | | **Document:** Dr. Jacob Eide's CV (Bates 1104) | | | | | | | |
| **07** | | | **Document:** 4 Bears Certificate of Authenticity (Bates 1022) | | | | | | | |
| **08** | | | **Document:** Mayo Clinic Certificate of Authenticity (Bates 1021) | | | | | | | |
| **09** | | | **Document:** Mayo Clinic records for K.L.R. (Bates 0585-0706) | | | | | | | |
| **10** | | | **Photo:** beer can and hair on bloody tile floor (Bates 1131) | | | | | | | |
| **11** | | | **Photo:** beer can and hair on bloody tile floor (Bates 1130) | | | | | | | |
| **12** | | | **Photo:** casino hallway (Bates 0199) | | | | | | | |
| **13** | | | **Photo:** bloodstains and bloody footprints on tile floor (Bates 0212) | | | | | | | |
| **14** | | | **Photo:** bloodstains, bloody footprints, and earring on tile floor (Bates 0213) | | | | | | | |
| **15** | | | **Photo:** bloodstains, bloody footprints, and beer can on tile floor (Bates 0215) | | | | | | | |

## UNITED STATES' REVISED TRIAL EXHIBIT LIST

| EX. NO. | DATE | WITNESS | DESCRIPTION | STIPULATED | OFFERED | OBJECTION | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|
| **16** | | | **Photo:** bloodstains, bloody footprints, beer can, and hair on tile floor (Bates 0222) | | | | | | | |
| **17** | | | **Photo:** eyelash extension on tile floor (Bates 0230) | | | | | | | |
| **18** | | | **Photo:** bathroom stalls (Bates 0232) | | | | | | | |
| **19** | | | **Photo:** bathroom sinks and mirrors (Bates 0234) | | | | | | | |
| **20** | | | **Photo:** bathroom stalls and sinks (Bates 0235) | | | | | | | |
| **21** | | | **Photo:** bathroom stalls (Bates 0236) | | | | | | | |
| **22** | | | **Photo:** bloodstain on garbage bin (Bates 0239) | | | | | | | |
| **23** | | | **Photo:** bathroom hallway (Bates 0241) | | | | | | | |
| **24** | | | **Photo:** bathroom hallway (Bates 0242) | | | | | | | |
| **25** | | | **Photo:** bathroom hallway (Bates 0243) | | | | | | | |
| **26** | | | **Photo:** Wells standing at bathroom sinks (Bates 0184) | | | | | | | |
| **27** | | | **Photo:** K.L.R. lying on bathroom hallway floor (Bates 0183) | | | | | | | |
| **28** | | | **Photo:** black footwear with apparent red staining (Bates 0193) | | | | | | | |
| **29** | | | **Photo:** black footwear with apparent red staining (Bates 0186) | | | | | | | |
| **30** | | | **Photo:** black footwear with apparent red staining (Bates 0189) | | | | | | | |

## UNITED STATES' REVISED TRIAL EXHIBIT LIST

| EX. NO. | DATE | WITNESS | DESCRIPTION | STIPULATED | OFFERED | OBJECTION | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|
| **31** | | | **Photo:** bottom of high-heeled boot (Bates 1142) | | | | | | | |
| **32** | | | **Photo:** casino hallway and bathroom entrance (Bates 0200) | | | | | | | |
| **33** | | | **Photo:** bloodstains and bloody footprints near bathroom entrance (Bates 0201) | | | | | | | |
| **34** | | | **Photo:** bloodstains, bloody footprints, and blood-soaked towels on floor near bathroom entrance (Bates 0202) | | | | | | | |
| **35** | | | **Photo:** necklace on floor near blood-stained towels (Bates 0203) | | | | | | | |
| **36** | | | **Photo:** K.L.R.'s head showing laceration (Bates 1128) | | | | | | | |
| **37** | | | **Photo:** K.L.R.'s head showing laceration (Bates 1127) | | | | | | | |
| **38** | | | **Photo:** K.L.R.'s face (Bates 1126) | | | | | | | |
| **39** | | | **Photo:** K.L.R.'s face (Bates 0158) | | | | | | | |
| **40** | | | **Photo:** K.L.R.'s face (Bates 0159) | | | | | | | |
| **41** | | | **Photo:** K.L.R.'s face closeup (Bates 0160) | | | | | | | |
| **42** | | | **Photo:** K.L.R.'s suture (Bates 0161) | | | | | | | |
| **43** | | | **Photo:** K.L.R. (Bates 0163) | | | | | | | |
| **44** | | | **Photo:** K.L.R.'s hands (Bates 0164) | | | | | | | |

## UNITED STATES' REVISED TRIAL EXHIBIT LIST

| EX. NO. | DATE | WITNESS | DESCRIPTION | STIPULATED | OFFERED | OBJECTION | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|
| **45** | | | **Photo:** Kimberly Reynolds' right side of face (Bates 0168) | | | | | | | |
| **46** | | | **Photo:** Kimberly Reynolds' facial bruise (Bates 0170) | | | | | | | |
| **47** | | | **Photo:** Kimberly Reynolds' facial bruise (Bates 0171) | | | | | | | |
| **48** | | | **Photo:** Kimberly Reynolds' face (Bates 0196) | | | | | | | |
| **49** | | | **Photo:** Kimberly Reynolds' right side of face (Bates 0197) | | | | | | | |
| **50** | | | **Document:** Sinus diagrams | | | | | | | |
| **51** | | | **Document:** Biological Screening Lab Report (Bates 0832) | | | | | | | |
| **52** | | | **Document:** DNA Lab Report (Bates 0836) | | | | | | | |
| **53** | | | **CD:** Security Videos | | | | | | | |
| 53A | | | **Security Video:** casino floor<br>*Native:* 1# PAL Floor OV@2025-03-23T055759.896Z.mkv | | | | | | | |
| 53B | | | **Security Video:** casino bar<br>*Native:* 1# PAL PTZ Bar @2025-03-23T055920.897Z.mkv | | | | | | | |
| 53C | | | **Security Video:** casino entrance<br>*Native:* 2# PAL Entrance@2025-03-23T061219.986Z.mkv | | | | | | | |
| 53D | | | **Security Video:** casino hallway<br>*Native:* 3# High Stakes Hallway@2025-03-23T061219.431Z.mkv | | | | | | | |

## UNITED STATES' REVISED TRIAL EXHIBIT LIST

| EX. NO. | DATE | WITNESS | DESCRIPTION | STIPULATED | OFFERED | OBJECTION | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|
| 53E | | | **Security Video:** casino<br>*Native:* 4# High Stakes SE@2025-03-23T061218.481Z.mkv | | | | | | | |
| 53F | | | **Security Video:** gift shop<br>*Native:* 1# Gift Shop OV@2025-03-23T061241.196Z.mkv<br>[original] | | | | | | | |
| **54** | | | **CD:** Enhanced Security Videos | | | | | | | |
| 54A | | | **Security Video:** gift shop<br>*Native:* 1# Gift Shop OV@2025-03-23T061241.196Z.mkvoutput (1)-clarifiedmagnified.avi<br>[with yellow box] | | | | | | | |
| 54B | | | **Security Video:** gift shop<br>*Native:* 1# Gift Shop OV@2025-03-23T061241.196Zoutput-clarifiedenlarged.avi<br>[enlarged without yellow box] | | | | | | | |
| **55** | | | **CD:** Jackie Mitchell's In-Car Video (Clipped)<br>*Native:* JackieMitchell_202503230125_TATPD40-2 | | | | | | | |
| **56** | | | **CD:** Jackie Mitchell's In-Car Video (Full)<br>*Native:* JackieMitchell_202503230125_TATPD40-2 | | | | | | | |
| **57** | | | **CD:** Royce Cole's In-Car Video (Clipped)<br>*Native:* RoyceCole_202503230135_TATPD42-2 | | | | | | | |
| **58** | | | **CD:** Royce Cole's In-Car Video (Full)<br>*Native:* RoyceCole_202503230135_TATPD42-2 | | | | | | | |
| **59** | | | **Photo:** high-heeled boot (Bates 1163) | | | | | | | |
| **60** | | | **Photo:** injury to the left side of K.L.R.'s head and ear (Bates 1175) | | | | | | | |

## UNITED STATES' REVISED TRIAL EXHIBIT LIST

| EX. NO. | DATE | WITNESS | DESCRIPTION | STIPULATED | OFFERED | OBJECTION | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|
| **61** | | | **Photo:** black boot with heel marked Item 3 showing areas marked A and B *Native:* CLD25-01093.3.side 1.after | | | | | | | |
| **62** | | | **Photo:** black boot with heel marked Item 3 showing area marked C *Native:* CLD25-01093.3.side 3.after | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**UNITED STATES' REVISED TRIAL EXHIBIT LIST**

The United States submits this revised trial exhibit list to reflect revisions to Exhibits 2, 61, and 62. The United States further reserves the right to seek admission of additional exhibits contained in the discovery materials provided to the defendant.

Dated: September 28, 2026

NICHOLAS W. CHASE
United States Attorney

By: */s/ Nick Baker*
NICK BAKER
Assistant United States Attorney
ND Bar ID 08780
P.O. Box 699
Bismarck, ND 58502-0699
(701) 530-2420
nick.baker@usdoj.gov
Attorney for United States