# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

**Criminal No. 1:25-cr-130**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Wendi Renae Wells,<br><br>Defendant. | **Motion to Transport Client Back to North Dakota for Client's PSR Interview** |

Wendi Renae Wells is currently being housed at the Washington County Jail in Akron, Colorado. Ms. Wells, through counsel, requests that she be transferred back to North Dakota to conduct her presentence investigation report ("PSR") interview. The good cause for this request is detailed below:

1) An in-person PSR interview was scheduled for Ms. Wells in Bismarck on October 26, 2026.

2) On October 25th, Ms. Wells was transferred from the local jail in Bismarck to a jail Akron, Colorado.

3) The jail in Akron has made it difficult to properly prepare Ms. Wells for her PSR interview.

4) This is due the jail making inmates only sporadically available for attorney phone calls and requiring attorneys to contact clients by unreliable electronic video means.

5) Travel to Colorado to meet Ms. Wells in person, while possible, is unnecessarily burdensome on counsel.

6) It is less burdensome to bring Ms. Wells back to North Dakota, the district in which she was charged and her case tried.

7) In-person preparation and execution of the PSR is preferable for all parties and will most likely produce a higher quality PSR than if it is completed by video, multiple states away.

For these reasons, Wendi Renae Wells requests the Court: (1) order she be returned to the District of North Dakota, to a local jail that holds federal defendants (2) order she remain in the District until the conclusion of her PSR interview.

Date: November 10, 2026

Respectfully submitted,

Dane DeKrey (ND #09524)
**RINGTSROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560
(218) 284-0484
dane@ringstromdekrey.com